# Exhibit 2

# Employee History Profile

Employee profile with Job History, Education, Languages and Training

## General Information

| Employee Name | Employee ID | Job Function Code | Hire Date | Employee Grade Level |
|---|---|---|---|---|
| SCOTT, MARIO | 3810073 | OPS | 1/4/2012 | 000 |

## Job History

| Region Number | Region Name | District Number | District Name | Action Type Cd | Reason Type Cd | Effective Date |
|---|---|---|---|---|---|---|
| 07 | EAST | 40 | FLORIDA | DTA | SPS | 2/11/2020 |
| 07 | EAST | 40 | FLORIDA | DTA | SPS | 10/27/2019 |
| 07 | EAST | 40 | FLORIDA | JRC | JRC | 9/24/2019 |
| 07 | EAST | 40 | FLORIDA | DTA | SPS | 2/3/2019 |
| 07 | EAST | 40 | FLORIDA | DTA | SPT | 1/25/2019 |
| 07 | EAST | 40 | FLORIDA | PRO | PRM | 9/25/2018 |
| 07 | EAST | 40 | FLORIDA | DTA | DOT | 10/23/2017 |
| 07 | EAST | 40 | FLORIDA | DTA | SPS | 10/9/2015 |
| 07 | EAST | 40 | FLORIDA | DTA | SPS | 9/21/2014 |
| 07 | EAST | 40 | FLORIDA | DTA | SPS | 4/20/2014 |
| 07 | EAST | 40 | FLORIDA | RFL | RFL | 3/11/2014 |
| 07 | EAST | 40 | FLORIDA | LOA | PTD | 2/25/2014 |
| 07 | EAST | 40 | FLORIDA | DTA | SPS | 10/13/2013 |
| 07 | EAST | 40 | FLORIDA | DTA | SPS | 6/25/2013 |
| 07 | EAST | 40 | FLORIDA | DTA | SPS | 2/3/2013 |
| 07 | EAST | 40 | FLORIDA | DTA | SPS | 4/17/2012 |
| 07 | EAST | 40 | FLORIDA | DTA | SPS | 1/15/2012 |
| 07 | EAST | 40 | FLORIDA | REH | REH | 1/4/2012 |
| 07 | EAST | 40 | FLORIDA | TER | SEA | 12/31/2011 |

# Employee History Profile

Employee profile with Job History, Education, Languages and Training

| Job Title | Job Group Desc |
|---|---|
| Full-Time Combination Driver | Driver |
| Full-Time Combination Driver | Driver |
| Full-Time Combination Driver | Driver |
| Package Driver | Driver |
| Package Driver | Driver |
| Package Driver | Driver |
| Preloader | Manual Operations |
| Preloader | Manual Operations |
| Preloader | Manual Operations |
| Preloader | Manual Operations |
| Preloader | Manual Operations |
| Preloader | Manual Operations |
| Preloader | Manual Operations |
| Preloader | Manual Operations |
| Preloader | Manual Operations |
| Preloader | Manual Operations |
| Preloader | Manual Operations |
| Preloader | Manual Operations |
| Preloader | Manual Operations |