# Exhibit 4

# NATIONAL MASTER UNITED PARCEL SERVICE AGREEMENT

For The Period August 1, 2013 through July 31, 2018

D-MS-000104

## ARTICLE 7. LOCAL AND AREA GRIEVANCE MACHINERY

Except in cases involving cardinal infractions under the applicable Supplement, Rider or Addendum, an employee to be discharged or suspended shall be allowed to remain on the job, without loss of pay unless and until the discharge or suspension is sustained under the grievance procedure. Notwithstanding the foregoing, any superior provisions in Supplements, Riders or Addenda shall prevail. The Union agrees it will not unreasonably delay the processing of such cases.

If the Employer and the Union cannot agree locally on whether an arbitration case involving any suspension or discharge should be postponed, the issue shall be submitted for resolution to the Employer's Vice-President of Labor Relations and the Parcel and Small Package Division Director, or their designees.

Provisions relating to local, state and area grievance machinery are set forth in the applicable Supplements, Riders or Addenda to this Agreement. Supplements shall provide for regular, scheduled meetings each quarter for the arbitration of points of order arising from discharge and suspension grievances, except those involving timeliness or discipline pursuant to Articles 16, 18 or 35 of this Agreement. These meetings may be cancelled by written mutual agreement. The procedures set forth in the local, state and area grievance procedure may be invoked only by the authorized Union representative or Employer.

All monetary grievance settlements shall be submitted by separate check payable to the grievant or grievant(s) and a copy of the same sent to the Local Union for their records. Such settlements shall be paid within ten (10) working days of the settlement. In addition, any monetary awards based on panel decisions will be made within ten (10) business days of receipt by the Company of the written panel decision.

Authorized representatives of the Union may file grievances alleging violation of this Agreement, under local grievance procedure, or as provided herein. Time limitations regarding the processing of





grievances, if not set forth in the respective Supplemental Agreements, Riders or Addenda, must appear in the Rules of Procedures of the various grievance committees and shall apply equally to the Employer, the Union and the employees.

## ARTICLE 8. NATIONAL GRIEVANCE PROCEDURE

### Section 1.

All grievances and/or questions of interpretation arising under the provisions of this National Master Agreement shall be resolved in the following manner:

Deadlocked cases involving only National Master language may be submitted to the National Master Panel for decisions. Those deadlocked cases which cannot be decided by a lower panel because of disagreement over the interpretation of National Master language may be submitted to the Master Panel for interpretation. Requests for interpretations with no factual case to be decided will be heard by the Master Panel by mutual agreement of the Co-Chairpersons. Interpretations rendered on factual cases by the National Grievance Committee will be sent back to the lower panel to be used to resolve the factual case.

The Committee shall be composed of an equal number of Employer and Union representatives. The National Grievance Committee shall meet upon call of the Chairman of either the Employer or Union representatives on the National Grievance Committee. The National Grievance Committee shall adopt rules of procedure which may include the reference of disputed matters to subcommittees for investigation and report with the final decision or approval, however, to be made by the National Grievance Committee. If the National Grievance Committee resolves any dispute by a majority vote of those present and voting, such decision shall be final and binding upon all parties.

When a case is docketed with the National Grievance Panel, a twenty-five dollar ($25.00) docketing fee will be applied as specified in the National Master UPS Agreement Rules of Procedure.



D-MS-000118

Case 8:19-cv-01363-CEH-SPF Document 26-4 Filed 12/10/20 Page 4 of 22 PageID 202



## Section 2. Work Stoppages

All grievances and/or questions of interpretation arising under the provisions of this National Master Agreement shall be submitted to the grievance procedure for determination.

Accordingly, no work stoppage, slowdown, walkout or lockout over such grievances and/or questions of interpretation shall be deemed to be permitted or authorized by this Agreement except:

(a) failure to comply with a duly adopted majority decision of the National Grievance Committee;

(b) failure to make health & welfare and pension contributions in the manner required by the applicable Supplemental Agreements, Riders and/or Addenda; and,

(c) nonpayment of established wage rates provided for in this Agreement, Supplements, Riders and/or Addenda.

Except as provided in subsections (b) and (c) of this Section, strikes, work stoppages, slowdowns, walkouts or lockouts over disputes, which do not arise under provisions of this National Master Agreement, shall be permitted or prohibited as provided in the applicable Supplement, Rider and/or Addendum. The Local Union shall give the Employer a seventy-two (72) hour prior written notice of the Local Union's authorization of strike action, which notice shall specify the majority National Grievance Committee decision or deadlocked National Grievance Committee decision providing the basis for such authorization. The Local Union shall comply with the provisions of the applicable Supplemental Agreement, Rider and Addendum relating to strike action resulting from delinquencies in the payment of health and welfare or pension contributions.

## Section 3.

The Union and Employer may under this section review and reverse, if necessary, decisions by any area, regional or local grievance committee which interprets Master language erroneously.





The National Grievance Committee may consider and review decisions raising an issue of interpretation of Master Agreement language which are submitted by the Union (either the Chair of the Teamsters National United Parcel Service Negotiating Committee or his designee) or the designated Employer representative. The committee shall have the authority to reverse and set aside the majority decision of any area, regional, local grievance committee, if, in its opinion, such decision is contrary to the language of the National Master Agreement. The decision of the National Grievance Committee shall be final and binding. The National Grievance Committee shall determine whether a decision submitted to it raises an issue of interpretation of Master Agreement language.

In order for such cases to be reviewed, the decision must interpret Master language. A decision raising an issue of interpretation of Master Agreement language is one in which (1) Master Agreement language was interpreted by a lower panel (2) the interpretation sets a precedent for future grievances; and (3) a reasonable case can be made that the lower panel interpretation was contrary to the true meaning of the Master Agreement. If the National Grievance Committee deadlocks on whether a decision meets these criteria, arbitration may be requested pursuant to Article 8, Section 4.

Prior to such cases being placed on the Master docket, the moving party (either the Chair of the Teamsters National United Parcel Service Negotiating Committee or his designee or the designated Employer representative) shall confer with his counter part and discuss the matter.

Cases that are docketed will be presented in the following manner:

1. The representatives of the moving party, as described above, present first.

2. The presenter will cite the specific Master language that the lower panel interpreted.

3. Any evidence to prove that the interpretation was contrary to the provisions set forth in the Master Agreement must be presented.



D-MS-000119

4. The representative of the responding party will present any responsive evidence he deems necessary.

5. If the Master Panel is unable to reach agreement, then either party may appeal the issue presented to final and binding arbitration.

Decisions made by lower panels that are properly submitted to the National Grievance Committee pursuant to this Article and Section shall be reviewed by the National Grievance Committee. A decision will be entered by the National Grievance Committee based upon its interpretation and the facts of that case. Such decision will be final and binding upon the parties.

Arbitration decisions under any Supplement, Rider or Addendum which interpret Master Agreement language may also be submitted to the National Grievance Committee provided the three above-referenced criteria are satisfied. If an arbitration decision is reviewed by the National Grievance Committee it shall be processed in accordance with this section except that the Committee will make a final and binding decision rather than refer the case back to the arbitrator. Article 8, Section 4 shall not apply if the National Grievance Committee deadlocks upon review of an arbitrator's decision.

### Section 4.

Where the National Grievance Committee fails to reach a majority decision as to any case submitted pursuant to this Article (excepting arbitrator decisions) either party shall have the right to refer the case to binding arbitration. Either party wishing to submit a grievance to arbitration must do so within ten (10) days of mailing or hand delivery of the National Grievance Committee deadlock decision. The arbitrator is to be selected from an American Arbitration Association national panel list and all aspects of the arbitration procedure shall be governed by the Rules of the American Arbitration Association.

Any provision in the grievance procedure of any Supplement, Rider, or Addendum hereto which would require deadlocked disputes to be determined by any arbitration process, shall be null and





void as to any grievance and/or interpretation of the National Master Agreement. The decision of the National Grievance Committee as to whether a grievance and/or interpretation which is subject to this procedure shall be final and conclusive.

### Section 5.

Any grievance that does not raise an issue of interpretation of a Master Agreement Article or Section shall be resolved pursuant to the provisions relating to the local, state and area grievance procedures set forth in the applicable Supplements, Riders and Addenda. Prior to invoking the arbitration procedure the parties, by mutual agreement, may submit said case to the National Grievance Committee for resolution.

In the event of strikes, work stoppages, or other activities which are permitted in case of default or failure to comply with majority decisions under this Agreement, no decision and/or interpretation of this Agreement by any tribunal shall be binding upon the Union or affect the legality or lawfulness of the strikes unless the Union stipulates to be bound by such interpretation, it being the intention of the parties to resolve all grievances and/or questions of interpretation by mutual agreement.

In any Section of this Article where language refers to deadlocks, either party shall have the right to refer any unresolved case to arbitration, except as specified otherwise in Section 2 of this Article.

### Section 6.

The arbitrator shall have the authority to apply the provisions of this Agreement and to render a decision on any grievance coming before him/her but shall not have the authority to amend or modify this Agreement or to establish new terms or conditions of employment.

Any grievance that does not raise an issue of interpretation of a Master Agreement Article or Section shall be resolved pursuant to the provisions relating to the local, state and area grievance procedures set forth in the applicable Supplements, Riders and Addenda. The no-strike, work stoppage, slowdowns, walkout and



D-MS-000120

lockout provisions of the Supplemental Agreements, Riders and Addenda shall apply to such grievances. Prior to invoking the arbitration procedure the parties, by mutual agreement, may submit said case to the National Grievance Committee for resolution.

## Section 7.

Deadlocked cases referred from the National Grievance Committee to binding arbitration pursuant to this Article, will be governed by the following procedures:

1. The arbitration process will be administered by the offices of the American Arbitration Association, whose offices located in the following cities administer deadlocked cases arising from the following corresponding geographical Regions of the International Brotherhood of Teamsters:

| | |
|---|---|
| Somerset | Eastern |
| Chicago | Central |
| Fresno | Western |
| Atlanta | Southern |

2. The current arbitrators will continue to serve until the parties jointly designate twenty-eight (28) arbitrators (which may include the incumbents). Cases will be assigned to arbitrators on a rotating alphabetical basis within each Region based upon the date of the original grievance that gave rise to the deadlocked case.

3. The panels will consist of the following number of arbitrators who hear American Arbitration Association administered cases in each Region of the IBT:

| | |
|---|---|
| Eastern | 11 |
| Central | 5 |
| Southern | 4 |
| Western | 8 |

4. The parties shall attempt to agree on the four (4) panels within thirty (30) days of the conclusion of negotiations. Failing agreement within that time, the parties shall exchange lists of two (2) times the





remaining number of arbitrators to be assigned to each regional panel within fifteen (15) days thereafter and at the conclusion of an additional fifteen (15) days will alternatively strike from the lists until the correct number of arbitrators is left for each panel. Unless the parties mutually agree otherwise, any arbitrator proposed by the Employer or Union must be a member of the National Academy of Arbitrators and reside within the geographical area covered by the panel.

5. Each arbitrator shall offer one or more potential hearing date(s) within six (6) months of the assignment of the case by the AAA or within six (6) months of a cancellation by either party as outlined below. If the arbitrator fails to offer a timely date, or a timely rescheduled date after a cancellation, the case shall be reassigned to the next arbitrator to be assigned based on the rotating alphabetical list. If an arbitrator fails to offer a timely date on four (4) occasions in a twelve (12) month period, he/she shall be stricken from the panel of arbitrators at the written request of either party. The parties shall fill any vacancy pursuant to the procedures set forth in paragraph 4.

6. Once a case is assigned to an arbitrator it will remain with that arbitrator until it is concluded, except in the case of a reassignment specified in paragraph 5.

7. The parties may mutually agree in writing to remove any individual arbitrators from the panel at any time. Each party may unilaterally remove two (2) arbitrators during the month of June each year upon giving ten (10) calendar days notice specifying the arbitrator to be removed. The other party shall have the right to remove two (2) arbitrators within ten (10) calendar days from receiving the notice. The parties shall fill any vacancy pursuant to the procedures set forth in paragraph 4.

8. Except by mutual agreement arbitrations will be scheduled for 10:00 a.m. until at least 5:00 p.m.

9. There shall be no more than one (1) cancellation of arbitration dates by either party in the hearing of any single arbitration case, except as permitted by the arbitrator with good cause.



D-MS-000121

4. Providing the Employer with a follow-up drug and/or alcohol testing plan for the employee;

5. Providing the employee and employer with recommendations for continuing education and/or treatment.

### Section 4.15 Record Retention

The Employer shall maintain records in a secure manner, so that disclosure of information to unauthorized persons does not occur.

Each Employer or its agent is required to maintain the following records for two (2) years:

1. Records of the inspection and maintenance of each EBT used in employee testing;

2. Documentation of the Employer's compliance with the Quality Assurance Plan (QAP) for each EBT it uses for alcohol testing;

3. Records of the training and proficiency testing of each BAT used in employee testing; and

4. Any required log books.

The Employer or its agent must maintain for two (2) years records pertaining to the calibration of each EBT used in alcohol testing, including records of the results of external calibration checks.

### Section 4.16 Release of Alcohol Testing Information

The Breath Alcohol Technician (BAT) shall inform the employee before testing that the Employer will be notified if the confirmatory test is greater than 0.02, since the employee will be removed from service and considered medically unqualified to drive under DOT agency rules and regulations.

When a grievance is filed as a result of a positive test the Employer shall obtain records relating to the alcohol test. Upon receiving the records, the Employer shall provide copies to the appropriate official of the Union, by the end of the following business day after





receiving the documents from the laboratory or the MRO, as applicable, provided that the employee has executed written consent authorizing release to the Union, a copy of which must be provided to the Employer.

### Section 4.17 Paid for Time

Testing - the employee will be paid their regular straight time hourly rate of pay in the following manner:

1. For all time at the testing site.

2. (a) If the testing site is reasonably en route between the employee's home and the center, and the employee is going to or from work, pay for travel time one way between the center and the testing site or the testing site to the center; or

(b) For travel time both ways between the center and the testing site only if the testing site is not reasonably en route between the employee's home and the employee's center.

When an employee is on the clock and a random alcohol test is taken any time during the employee's shift, and the shift ends after eight (8) hours, the employee shall be paid time and one-half (1-1/2) for all time past the eight (8) hours.

Provisions in Supplements, Riders and Addenda that are superior shall prevail.

## ARTICLE 36. NONDISCRIMINATION

The Employer and the Union agree not to discriminate against any individual with respect to hiring, compensation, terms or conditions of employment because of such individual's race, color, religion, sex, sexual orientation, national origin, physical disability veteran status or age in violation of any federal or state law, or engage in any other discriminatory acts prohibited by law, nor will they limit, segregate or classify employees in any way to deprive any individual employees of employment opportunities because of race, color, religion, sex, national origin, physical disability, veteran status or age in violation of any federal or state law, or engage in any other



D-MS-000171

discriminatory acts prohibited by law. This Article also covers employees with a qualified disability under the Americans with Disabilities Act.

## ARTICLE 37. MANAGEMENT EMPLOYEE RELATIONS

### Section 1.

(a) The parties agree that the principle of a fair day's work for a fair day's pay shall be observed at all times and employees shall perform their duties in a manner that best represents the Employer's interest. The Employer shall not in any way intimidate, harass, coerce or overly supervise any employee in the performance of his or her duties. The Employer shall not retaliate against employees for exercising rights under this Agreement. In considering any grievance alleging retaliation for exercising his rights under the Agreement, the severity and timing of the Employer's actions that modify an employee's work assignment or reprimand employees shall be relevant factors to a determination of motivation. The Employer will treat employees with dignity and respect at all times, which shall include, but not be limited to, giving due consideration to the age and physical condition of the employee. Employees will also treat each other as well as the Employer with dignity and respect.

(b) It is the policy of the Employer to cooperate with a package car driver who desires to be relieved of overtime, subject to the understanding that such package car driver will complete his/her assignment, and subject to the provisions below.

An employee who desires to be relieved from overtime on a particular day must make a written request on a form furnished by the Employer. Such a request must be submitted no later than the start of his/her shift on the fifth (5th) calendar day preceding the day being requested. A signed copy of the request form stating approval or disapproval shall be returned to the employee by the end of the employee's next working day. Such request shall be granted or denied in accordance with the terms of this sub-section. If a request is denied on the above referenced form, the employee shall receive





a two (2) hour penalty payment at his/her straight time rate if the request should have been granted at this time based on the criteria set forth in this sub-section. This two (2) hour payment shall also apply if the Employer approves the request and later informs the employee he/she cannot be relieved of overtime, provided the request continues to meet the criteria set forth in this sub-section.

In addition, if an employee's request is granted but the Employer fails to adjust the driver's dispatch so as to provide an amount of work that can reasonably be completed within eight (8) hours which then causes the driver to work in excess of eight and one-half (8.5) hours to complete his/her route, the driver shall be entitled to a two (2) hour penalty payment at his/her straight time rate. No penalty shall be due if the employee exceeds the eight and one-half (8.5) hour threshold as a result of events beyond the Employer's control.

The Center Manager and the Steward shall process such requests based on seniority. The Employer shall allow a minimum of ten percent (10%) of the package car drivers worked in any Center off on a daily basis. No package car driver will be granted more than two (2) requests per month. It is understood that to accomplish the above the Employer may need to provide an earlier start time. This subsection applies regardless of whether the driver has opted in or out pursuant to the provisions of subsection (c) below. Such requests shall not be submitted during the months of November and December.

(c) The Employer shall make a reasonable effort to reduce package car drivers' workdays below nine and one half (9.5) hours per day where requested. If a review indicates that progress is not being made in the reduction of assigned hours of work, (i.e the package driver has worked more than 9.5 hours on three (3) days in a workweek), the following language shall apply, except in the months of November and December:

The affected regular package driver may make such a request to be added to the "9.5 Opt-In List" effective on the first day of his/her workweek after making the request. The driver shall notify the manager and steward of his/her desire to be added to the List. The request must be made within the time limit for filing a grievance in



D-MS-000172

# SOUTHERN REGION OF TEAMSTERS

# AND

# UNITED PARCEL SERVICE, INC. SUPPLEMENTAL AGREEMENT

## ARTICLE 46 – ACQUISITION OF SENIORITY

### SECTION 1 – PROBATIONARY PERIOD

A new employee shall work under the provisions of this Agreement but shall be employed only on a thirty (30) working day trial basis, during which period the employee may be discharged without further recourse, provided however, that the Employer may not discharge or discipline for the purpose of evading this Agreement or discriminating against Union members. On the thirty-first (31st) working day within one hundred and twenty (120) consecutive day period, the employee shall be placed on the regular seniority list and the employee's seniority date shall be the first day worked within the one hundred and twenty (120) day period.

### SECTION 2 – SEASONAL EMPLOYEES

No seasonal employee shall be hired prior to October 15th of each Calendar year.

Any employee hired after October 15th thru January 15th of each calendar year shall not accrue days towards seniority.

Seasonal employees, when hired, shall be notified they are seasonal by signing a seasonal-employee notice.

Prior to peak season, the opportunity to perform driver helper work during peak season will be offered to seniority part-time employees, providing that this driver helper work will not interfere with their regularly scheduled duties. This will be done by posting an interest list by the second (2nd) Monday in September for seniority employ-



D-MS-000199

ees to sign signifying their intent to be available for driver helper work for the duration of peak season. After the above process, the Employer may hire employees to perform this work.

## SECTION 3 – SUPERVISORS WORKING

(A) The Employer agrees that the function of supervisors is the supervision of Employees and not the performance of the work of the employees they supervise. Accordingly, the Employer agrees that supervisors or other employees of the Employer who are not members of the bargaining unit shall not perform any bargaining unit work, except for the purpose of training, demonstration and demonstrate safety, or as otherwise provided in the applicable Supplement. Supervisors will not perform bargaining unit work employee's work until after all reasonable efforts have been exhausted to have the work covered. However, in cases of unexpected absentees or to prevent service failures, supervisors may perform such bargaining unit work as necessary to complete that day's (or night's) work schedule. The job steward will be provided with employee assignment information upon request. The Employer shall make every reasonable effort to maintain a sufficient workforce to staff its operations with bargaining unit employees. The Employer also agrees that supervisors or other employees of the Employer who are not members of the bargaining unit shall not perform bargaining unit work in preparing the work areas before the start of the Employer's hub, preload or reload operation, nor shall the Employer send any bargaining unit employees home and then have such employee's work performed by a supervisor or other employees of the Employer who is not a member of the bargaining unit.

(B) When additional employees are necessary to complete the Employer's operations on any shift or within any classification, the supervisor shall exhaust all established local practices to first use bargaining unit employees including where applicable, double shifting, early call-in, and overtime.

(C) If there is no established local practice the following shall apply with regard to inside work. Within each building, each operation will maintain appropriate list(s), by seniority, of those part-time employees requesting coverage work. It will be the employees' responsibility to



sign up on the appropriate list. The Company shall post such lists and employees who are interested in adding their names to the lists shall do so on the first working day of each month. It will be the employee's responsibility to make sure his/her contact information is correct. Employees who are unavailable to work on three (3) separate occasions within a calendar month shall have their names removed from the coverage list. Those employees shall be eligible to resign the list the following month. When coverage work is available, the Company will use the appropriate list to fill the required positions, and such employees will work as assigned. The employee must be qualified for the available work and double shift employees shall have seniority among themselves. No employee is allowed to work more than two shifts in any twenty-four (24) hour period. Local call verification practices and procedures shall remain in place.

Nothing contained in this Section shall change existing practices or procedures covering full-time work.

(D) If it is determined at any step of the grievance and/or arbitration procedure that this Section, or a "supervisor working" provision in a Supplement, Rider or Addendum, has been violated, the aggrieved employees will be paid as follows: (a) if the actual hours worked by the supervisor amounts to two (2) hours or less, the aggrieved employee will be paid for the actual hours worked by the supervisor at the rate of double the employee's rate of pay at the time of the incident: (b) if the supervisor works more than two (2) hours, the aggrieved employee shall be paid four (4) hours at straight time or actual hours worked at double the employee's rate of pay at the time of the incident, whichever is greater. If no aggrieved employee can be identified, the payment will be made to the grievant. Such remedy shall be in addition to any other remedies sought by the Union in the appropriate grievance procedure.

## SECTION 4 – EMPLOYMENT OPPORTUNITIES

The Employer will notify the Local Unions in writing when it anticipates the hiring of additional employees. The Local Unions will be given an opportunity to provide suitable employment applicants, but the Employer shall not be required to hire those referred by the Union.



D-MS-000200

## ARTICLE 47 – STEWARDS

Recognizing the importance of the role of the Union steward in resolving problems or disputes between the Employer and its employees, the Employer reaffirms its commitment to the active involvement of union stewards in such processes in accordance with the terms of this Article. The Job Steward or the representative or the designated alternate shall be permitted reasonable time to investigate, present and process grievances on the Company's property without interruption of the Employer's operation. Upon notification to his or her supervisor, a steward shall be afforded the right to leave his/her work area for a reasonable period of time to investigate, present and process grievances and to represent a fellow employee concerning grievances or discipline so long as such activity does not interrupt the Employer's operations. This shall include the steward's right to represent an employee in connection with any grievance concerning safety issues. The Employer will make a reasonable effort to insure that its operations are not interrupted by the steward's engaging in such activity. The Employer shall not use interruption of its operation as a subterfuge for denying such right to the steward. Stewards and/or alternate stewards shall not be subject to discipline for performing any of the duties within the scope of their authority as defined in this Section, in the manner permitted in this Section.

Where mutually agreed to by the Local Union and the Employer, stewards may investigate off the property or other than during their regular schedule, without loss of time or pay. Stewards will be paid for time spent in meetings under this Article which occur during the steward's regular working hours. Stewards shall also be paid for time spent at the meetings which occur outside his or her working hours, or on days off, by mutual consent. Such time spent during the Job Steward's or the designated alternate's regular working hours shall be considered working hours in computing daily and/or weekly overtime if within the regular schedule of the Job Steward or the designated alternate.

The Employer recognizes the employee's right to be given requested representation by a steward or the designated alternate at such time as the employee reasonably contemplates disciplinary action.



The Employer also recognizes the steward's right to be given requested representation by another steward, or the designated alternate, at such time as the steward reasonably contemplates disciplinary action. When requested by the Union or the employee, there shall be a steward present whenever the Employer meets with an employee concerning grievances or discipline or investigatory interviews.

In such cases, the meeting shall not be continued until the steward or alternate steward is present.

If an employee does not wish to have a Union Steward present in any meeting where the employee has the right to Union representation under this Article, the employee shall sign a waiver of Union representation in the presence of the Union Steward. A copy of the waiver shall be furnished to the Union upon its request.

If requested by the Local Union, the designated Stewards will be provided with copies of all Warning, Suspension and Discharge letters. The Employer shall, upon written request, provide the Local Union or the Steward designated by the Local Union, with documents/information that is reasonably related (based on NLRA standards) to the pending grievance.

In cases of voluntary resignation, the employee has the right to have a steward present, or if the steward is not available, another hourly paid employee can witness the resignation. If an employee who is voluntarily resigning does not wish to have a steward or other employee present the employee shall sign a waiver statement to this effect in the presence of a Union steward or another hourly paid employee.

## ARTICLE 48 – SENIORITY

### SECTION 1 – SENIORITY ROSTERS/POSTINGS

(A) Seniority, as measured by length of continuous service with the Employer, shall prevail as spelled out in this Agreement at all times. Seniority shall be gained on the thirty-first (31st) working day within a one hundred twenty (120) day period the employee shall be



D-MS-000201

placed on the regular seniority list and their seniority date shall be the first day worked within the one hundred twenty (120) day period. The days of orientation, up to ten (10) days for full-time employees and up to five (5) days for part-time employees, shall not count toward the acquisition of seniority.

(B) Seniority will be on a Center basis and by job classification. The Employer agrees to post on the first (1st) Monday of January, April, July and October of each year an updated seniority list in each Center for that Center with a copy to be sent to the Local Union by certified mail. If no protest is made within thirty (30) days, the list shall stand as correct, unless clerical errors are discovered. The most current seniority list shall remain posted at all times in each center.

(C) Employees do not have the right to select any specific unit, load, or area except as specified below.

(D) Any full time employee, not pre-qualified, who bids and is awarded a change in classification and who has not previously held that classification must complete a thirty (30) working day qualifying period. Any full time employee who bids and is awarded a change in job classification but is disqualified, voluntarily or involuntarily, will be precluded for twelve (12) months from the date of the disqualification from bidding to that job classification.

(E) The Employer will post all new permanent full-time openings immediately. Permanently vacated positions will be posted on the first Monday after it has been vacated and will remain posted for two (2) calendar weeks. The successful bidder will be placed into that job on the first Monday following the bid coming down. Any full-time openings which cannot be filled through the full-time bid procedure, will be filled in accordance with Article 49 Section 2.

## SECTION 2 – LOSS OF SENIORITY

Seniority shall be broken only by discharge for cause, voluntary quit, layoff for a period of three (3) years from the last date of employment, failure to respond to notice of recall, or unauthorized leave of absence.



Unless otherwise prohibited by State or Federal law, an employee's seniority shall be broken when he/she has reached maximum medical improvement from an on or off the job injury or illness if at that time they still cannot perform the essential functions of their job. This provision shall not affect an employee's rights under Article 14.3.

## SECTION 3

The Employer shall not require, as a condition of continued employment, that an employee purchase truck, tractor, and/or tractor-trailer, or other vehicle equipment or that any employee purchase or assume any proprietary interest or other obligation in the business.

## SECTION 4

While it is not the policy of the Employer to merge, sell, or lease operations, the Employer agrees that should it happen, the seniority of the employees taken over shall be dovetailed with the existing employees, except that if one of the merged, sold, or leased companies is insolvent at the time of the takeover, the employees of the insolvent company will go to the bottom of the seniority list.

## SECTION 5 – REDUCTION IN FORCE - FULL-TIME EMPLOYEES (OTHER THAN FEEDER DRIVERS)

(A) The Employer agrees to give full-time seniority employees seven (7) calendar days' notice of intended layoff to exceed one (1) week. Agreed upon notices of layoff do not apply during a declared emergency.

An emergency occurs where conditions beyond the Employer's control compel interruptions or delays in operations caused by strikes, sleet or snow, ice or flood, or similar catastrophe. At the conclusion of such emergency, report to work notice will be issued to the employees on the basis, and in the order, which will provide for the Employer's best interest in returning to a normal operating schedule.

(B) In the event of layoff of any full-time seniority employee, the affected employee has the right to exercise his/her seniority in the following manner:



D-MS-000202

1. Must displace the junior employee within their regular classification.

2. Any other junior full-time employee in another classification or part-time work.

If the employee elects to perform part-time work he/she may displace two (2) part-time employees if available.

In any case, the employee must be qualified to perform the work have more seniority than the displaced employee, and if it is a temporary layoff be available for his/her next regularly scheduled job.

When an employee works two (2) part-time shifts, he/she shall receive the appropriate guarantee of at least three and one-half (3-1/2) hour's work per shift and will have a guarantee of eight (8) hours work for the day. If only one (1) shift is available the employee will be guaranteed four (4) hours of work.

An employee on a layoff (lasting less than seven (7) days) shall receive their regular wages and benefits. An employee on a layoff (lasting more than seven (7) days) shall receive appropriate wages and benefits for the job performed based on their seniority. However the Employer shall continue to make contributions to their regular health, welfare and pension.

At the conclusion of the layoff, the laid off employees shall be returned to work in seniority order within their classification.

(C) A laid-off full-time seniority employee shall be given two (2) weeks notice of recall. The employee must notify the Employer within three (3) days after receipt thereof, as to whether or not he/she intends to report for work at the designated time within two (2) weeks after receipt of notice.

(D) Failure to give timely notice to the Employer or to report at the agreed upon time within the designated period will result in the loss of all seniority rights and the employee will be considered terminated.



(E) Where more than one (1) Center exists in a building, it will be considered one Center for the purpose pertaining to seniority in respect to layoffs.

(F) A full-time employee who is permanently laid off must be qualified to perform the work in order to displace into another classification. In order for a full-time employee to displace a preloader or sorter, the following rules will govern:

1. An employee who has not worked as a preloader/sorter but claims to be qualified will be allowed to take a test on his/her own time to demonstrate his/her proficiency. Such test and scoring will be developed locally.

2. A laid-off employee who is not qualified as a preloader/sorter will be trained to preload/sort only if a pre-seniority preloader/sorter is working in the building and no other job is available for which the laid off employee is qualified.

## SECTION 6 - PACKAGE DRIVERS - JOB SELECTION

(A) Bid Routes: All routes shall be bid. There shall be a minimum of two (2) training delivery routes and a maximum of ten percent (10%) training delivery routes in each package center. The purpose of the training routes, is to train probationary package car drivers and temporary cover drivers. The training delivery routes shall be designated by the Employer and listed as such on the center bid list. Should there be a need to change these training delivery routes the Employer will notify the Local Union. Package car drivers not holding a bid route will cover for vacations, options, personal holidays, sick days, and other absences of the regular bid drivers, or to cover overflow work.

Seniority will be considered when making work assignments for drivers ~~not~~ holding a bid route. Prior to a driver not holding a bid route being forced to move, management will meet with the driver and Union steward to review that all reasonable efforts have been exhausted to have the open vacancy covered. When business allows, the Company will cross-train drivers not holding a bid route.



D-MS-000203

Disputes arising from the above-mentioned paragraph shall be handled by the Business Agent and the District Labor Manager. Any disputes still not resolved by the above-mentioned process will be brought directly before the S.R.A.P.G.C. Co-Chairs for resolution.

Should the annual vacation and option schedule for a center justify the need for additional full-time package drivers, the Employer agrees to bid and hire if necessary additional permanent full-time drivers for this need.

(B) The Employer shall designate delivery routes in all centers and they will be bid, by center, as stated in Section 6 (a) on the first Monday in February of 2015 and the first Monday in February of the last year of this agreement. Qualified package drivers will bid all the routes in their center. Package drivers will be on their bid area no later than May 1st of each bid year.

Following the completion of these bids the following procedures shall apply.

(C) Vacancies and new positions - Qualified package drivers with six (6) months of seniority or more may bid on any permanent vacancies in all months except December, and permanent new jobs, as defined by the Employer, in all months except November and December. The successful bidder must remain on the awarded bid for a minimum of six (6) months before being eligible to bid again on vacancies and new positions.

(D) All bids shall be posted and contain a description of the delivery route and the delivery loop or loops contained in that route. The geographical description will include the North, South, East, and West boundaries and where applicable border street names, number breaks, and odd and even designation(s) if necessary. The driver will work within the delivery route but it is understood that daily adjustments may be made as necessary. A driver may be required to perform work in adjacent delivery routes as long as seventy percent (70%) of the work performed is within their defined bid route. A driver may also be required to perform work on the way to and from their delivery route.



Should there be a permanent change of more than thirty percent (30%) of the delivery stops in a package car driver's bid route, the driver affected may elect to displace a junior package driver. A permanent change in a route is defined as occurring over a thirty (30) consecutive working day period. Employee moves of this nature shall be limited to four (4) moves with the Company filling the fourth (4th). If no unassigned driver accepts the opening, the Employer will assign it to the junior unassigned driver.

(E) A permanent new job for the purpose of this Section shall be one that has been in existence for a period of thirty (30) consecutive working days. Pending the job becoming permanent and the operations of the job selection procedure, the Employer shall have the right to assign any unassigned package driver to perform the work on a temporary basis.

(F) When a permanent vacancy or permanent new job becomes open on a delivery route in a center, it shall be posted for bid on the first Monday following it becoming open by the Employer for a period of ten (10) working days. Only those package drivers in the building shall bid. The bid will be awarded to the senior package driver and will go into effect and be assigned on the third (3rd) Monday following the posting. If the bid requires a change of center, the employee's classification seniority will be dovetailed in the new center.

(G) The Employer will fill the fourth (4th) opening which results from the above procedure. The procedure to fill the fourth (4th) move will be as follows, the opening will be offered in seniority order to the unassigned drivers within that center. If no unassigned driver within that center accepts the opening, the Employer will assign it to the junior unassigned driver.

(H) If a job is vacated for more than forty-five (45) consecutive work days, other than scheduled days off, the Local Union and the Employer may meet to determine if the job should be bid. If it is determined to bid the job it may be bid either temporary or permanent.

If it is determined to be bid as temporary, it will be offered to the drivers in the respective center. There shall be two (2) moves with

the Employer filling the second (2nd). When the person who originally vacated the job returns to work, all involved employees will return to their original jobs.

(I) Package car drivers with: (a) one (1) or more years of seniority or (b) seniority package car drivers bidding into a higher paying classification, who are interested in moving into that classification shall so notify the Employer. Such employees in seniority order will be permitted to move when a new permanent job or vacancy occurs in such classifications in the Center or building, provided the employee is qualified to perform the job. The employee awarded the job must successfully complete a thirty (30) working day training period at which time he/she will be added to the Center seniority list with a date of the first (1st) day worked in the new classification.

No employee will be afforded more than three (3) opportunities to qualify for a specific full-time classification. Employees in their probationary period will not be allowed to bid. Employees who bid to another classification and fail to qualify shall not be eligible to move again into that classification for one (1) year from the date of disqualification. Employees must pre-qualify on their own time.

(J) Copies of all completed bid sheets shall be sent to the Local Union by certified mail.

(K) Violations of paragraphs A through I above will be subject to the grievance procedure of this Agreement.

## SECTION 7 – FEEDER DRIVERS – JOB SELECTION

A Feeder Driver is defined as any employee whose work day or any part of their work day which exceeds one (1) hour is done in a tractor-trailer. It is understood that these employees are paid based on the equipment they drive and there may be employees who have seniority in this classification but drive equipment other than a tractor-trailer. Any new tractor-trailer work will be bid in the feeder classification. A Package Car Driver(s) who is presently performing tractor-trailer work that had been assigned to the package car seniority list will be red circled in that job. Once a red circled employee vacates his/her package bid (vacate does not apply if the position is filled by another red circled driver in a regular periodic package bid), that tractor-trailer work will then be bid in the feeder driver classification. This paragraph only applies to job bidding.



Feeder drivers desiring to bid on this work must be pre-qualified. The Employer will provide the appropriate training material for the employee's use on his/her own time in order to pre-qualify.

(A) A schedule of starting times for feeder drivers shall be posted for bid once each year in each Center on the first Monday in March and shall remain posted for one (1) week before bidding.

(B) Feeder drivers shall, in the order of their classification seniority, have the right to select starting times from the schedule posted in the Center. Feeder drivers may also select feeder paths at the annual bid, when more than one feeder driver starts at the same time. The Company will also post the schedule codes and definitions of the primary runs. When only one (1) feeder driver starts at a given time, the Employer will inform the feeder driver of the feeder path. Such selection, in the event there are no vacancies or openings, during the bid year, will be held until the schedule is posted the following March. Employees do not have the right to select any specific unit or load except choice of doubles or singles.

(C) The schedule of starting times shall become effective by the first (1st) Monday in April.

(D) Feeder - Vacancies and Openings: When a permanent vacancy or opening occurs in the feeder classification, feeder drivers in the order of their classification seniority within the operating Center shall be permitted to select such openings in the following manner:

A permanent vacancy or opening shall be defined as a job that has been vacated by another driver, one that the Employer knows is going to be a regular run, or one that has been in effect for thirty (30) consecutive working days or one the vacation/option schedule can justify daily work during the first ten (10) months of the year.

1. Pending the job becoming permanent and the operation of the



D-MS-000205

job selection procedure, the Employer shall have the right to assign any employee to perform the work on a temporary basis, providing it is done with bargaining unit employees.

2. The opening will be offered to the feeder drivers in the Center in seniority order. The job selection procedure shall be limited to four (4) moves, the original opening and three (3) others. The fourth (4th) opening which results from this procedure will be bid by seniority to the cover board.

3. In the event of a permanent starting time change of one (1) hour or a permanent reduction of one (1) hour or more on a scheduled run, or in a change in work week from five (5) days of eight (8) hours each to four (4) days of ten (10) hours each or vice versa, or a permanent change from triples to doubles or doubles to single trailer operation, the run will be considered a new opening and bid under Section 7(D)2 above. The affected driver may then exercise his/her seniority under Section 7(D)5.

4. If the job of a feeder driver is temporarily eliminated, lasting less than thirty (30) days said driver may elect to take the work of any one (1) or two (2) part-time employees on the first (1st) day the job is temporarily eliminated provided the feeder driver can perform the part-time work and be available with proper rest per D.O.T. regulation for the feeder driver's next schedule start and providing the feeder driver has more total Company seniority. On the second (2nd) day the job is temporarily eliminated said driver may displace the least senior feeder driver in the employee's Center until the eliminated job returns, or until it is determined to be a permanent elimination (more than thirty (30) working days). If he/she displaces the least senior feeder driver and the eliminated job returns during the work week the employee will return to his/her regular schedule at the start of the next schedule work week.

5. A feeder driver whose job is permanently eliminated shall be entitled to displace any junior employee within the feeder classification. This displaced employee shall be entitled to exercise seniority and so on until the least senior feeder driver in the Center is replaced.



6. The Employer agrees to give feeder seniority employees notice of intended layoff to exceed one (1) week. Agreed upon notices of layoff do not apply during a declared emergency. An emergency occurs where conditions beyond the Employer's control compel interruptions or delays in operations caused by strikes, sleet or snow, ice or flood, or similar catastrophes. At the conclusion of such emergency, report to work notice will be issued to the employees on the basis, and in the order, which will provide for the Employer's best interest in returning to a normal operating schedule.

7. A senior feeder driver laid off out of classification has the right to exercise his/her seniority on the following manner for the duration of the layoff:

(a) May displace the junior package driver in the building and if not previously qualified would be given a thirty (30) working day period in which to qualify.

(b) Or the junior full-time employee in any classification provided he/she is qualified and has more overall full-time seniority.

(c) Or if the employee elects to perform part-time work, he/she may displace two (2) part-time employees (the junior employee per shift) provided he/she is qualified and has more overall Company seniority. An employee on a layoff (lasting less than seven (7) days) shall receive their regular wages and benefits. An employee on layoff (lasting more than seven (7) days) shall receive appropriate wages and benefits for the job performed based on their seniority. However, the Employer shall continue to make contributions to their regular Health, Welfare, Pension.

(d) When an employee works two (2) part-time shifts, he/she shall receive the appropriate guarantee of at least three and one-half (3-1/2) hour's work per shift and will have a guarantee of eight (8) hours work for the day. If only one (1) shift is available the employee will be guaranteed four (4) hours of work.

Employees, who exercise one (1) of the options outlined above will be provided with a minimum of eight (8) hours of work; at the

appropriate rate for the classification of work performed. The Employer shall continue to make the required contributions to his/her full-time regular Health, Welfare and Pension Plan.

However, at the conclusion of the layoff, the laid off employee shall be returned to work in seniority order within their classification.

8. The Employer will not be required to post any bids during the months of November and December.

9. Copies of all completed bid sheets shall be sent to the Local Union by certified mail.

10. Local variations to the above seniority provision must be approved by the Southern Region Area Parcel Grievance Committee.

(E) Feeder Driver Training Program

1. The Employer will post a feeder driver trainee list and will state the number of employees needed for this training. No new list will be posted until the number on the original list has been satisfied. Full-time employees who are interested in qualifying shall sign the above list. Such employees, except Automotive and Maintenance mechanics, in seniority order, will be permitted to attend, on their own time, the Employer's training program which will be established periodically when the Employer determines there is a need to qualify additional tractor-trailer drivers. A good driving record and the employee not having an avoidable accident during the preceding year are prerequisites for such training provided the employee has secured all the appropriate state and/or Federal Licensing (CDL) permits prior to attending the tractor-trailer qualifying school. The Employer agrees to furnish the instructors and necessary equipment. The company will furnish qualification sheets to the Local Union upon request.

2. In a metropolitan area with more than one (1) Center, full-time employees, other than Automotive and Maintenance Mechanics, interested in qualifying as tractor-trailer drivers may apply for the Employer's training program in another Center providing:



(a) There are no tractor-trailer jobs originating in the employee's home Center.

(b) There are not enough candidates for the training program in the Center requiring tractor-trailer drivers.

3. New feeder openings will be filled from the list of qualified employees in the order in which the employee qualified as a tractor-trailer driver. In the event no employee on the list of qualified employees elects to fill an opening, the employee who last qualified for tractor-trailer driving must fill the opening.

4. In order to attain seniority as a Feeder Driver the qualified tractor-trailer driver must have been the successful bidder on a permanent bid job. His/her seniority date will be the first (1st) day worked after being awarded the job.

5. The tractor-trailer qualified list will be used in filling feeder runs except for the months of November and December. The Company will qualify enough tractor-trailer drivers to ensure a sufficient amount of feeder drivers for this purpose.

(a) If a backup tractor-trailer driver is working in the feeder classification on October 31st, and has been for the prior one (1) week period, or has been in the tractor-trailer classification for at least ten (10) weeks during the calendar year, the backup tractor-trailer driver will be permitted to move into feeders up to the Monday prior to Thanksgiving.

(b) Within thirty (30) days from the date of ratification of this agreement, an individual who has been on the tractor-trailer qualified list for more than two (2) years without gaining feeder seniority may request in writing to have his or her name removed from the qualified list, provided another employee signs and qualifies to become a qualified backup feeder driver. The employee will not have the opportunity to have their name placed back on the list once it is removed. Requests to be relieved from backup feeder status will be based on qualification seniority order.

(c) At least one (1) but not more than five percent (5%) of the feed-



D-MS-000207

er drivers in any feeder operation shall be allowed to change their classification in each calendar year. They will be paid the appropriate rate of pay for the job performed based on their seniority. Employees must pre-qualify on their own time.

The Company will have reasonable time to establish alternate means to replace this employee by offering the job to:

1. Present employees in the package driver classification who can meet the requirements.

2. Present part-time employees who must meet the same requirements as an outside hire. These employees will operate under the same stipulations as a temporary cover driver.

(F) New temporary feeder runs scheduled for a week or more during the months of November and December will be offered to feeder drivers in seniority order before being filled by outside hire. This will be done on a weekly basis and posted on bulletin boards.

The runs will be posted one (1) time only and the driver will stay on that run for the duration of the temporary run. The run vacated by a seniority feeder driver will be filled by the Employer.

(G) When a permanent vacancy occurs in the feeder classification and there are no full-time employees to fill the vacancy, the Employer will offer the opening to part-time employees, who can qualify before hiring from the outside. Any part-time employee wishing to fill a feeder vacancy must meet the same criteria as someone hired from the outside. A copy of these qualifications will be provided to the Local Union upon request.

(H) All package car drivers pre-qualified to be a feeder driver and having worked as a backup feeder driver for at least one (1) year and employed in a Center in which feeder jobs will not be available may notify the Employer in writing of their desire to become a feeder driver in another Center or hub within the Local Union's jurisdiction and will be given the opportunity to fill open feeder bids in seniority order prior to the Employer hiring from the street. Such moves shall be permanent and the employee shall not be permitted



to return to the original Center. The employee will be added to the appropriate seniority list as the least senior employee in that classification in the new Center. The move will be at the expense of the employee and will not be covered under the Change of Operation language.

## SECTION 8 – FULL-TIME EMPLOYEES INSIDE EMPLOYEES - JOB SELECTION

(A) Employees in full-time classifications (other than feeder, package drivers, combination employees as outlined in Article 22, Section 3 of the National Master United Parcel Service Agreement and mechanics), in the order of their seniority within their classification and by Center, shall have the right to select their starting times annually from the schedule posted by the Employer.

(B) Starting times for the above-mentioned full-time employees by classification within the Center shall be posted on the first (1st) Monday in March and shall remain posted for one (1) week before bidding.

(C) The schedule of starting times shall become effective on the first (1st) Monday in April, unless otherwise mutually agreed.

(D) The Employer reserves the right to designate starting times and to change starting times from time to time as the needs of the business require.

(E) In the event of a starting time change, employees in that classification in that Center shall be permitted to select such new starting time in the order of their seniority. In the event that no employee selects such new starting time, the least senior employee in that classification in that Center will be required to fill it.

(F) Full-time inside employees with one (1) or more years of seniority who are interested in moving into other classifications shall so notify the Employer. Such employees in seniority order will be permitted to move when a new permanent job or vacancy occurs in such classifications in the Center or building, provided the employee is qualified to perform the job. The employee awarded the job



D-MS-000208

must successfully complete a thirty (30) working day training period at which time he/she will be added to the Center seniority list with a date of the first day worked in the new classification. Years of service credit will be retained for fringe benefits.

Inside employees who bid to other classifications and fail to qualify shall not be eligible to move up again for one (1) year from the date of disqualification in that classification.

(G) The Employer will not be required to post any bids during the months of November and December.

## SECTION 9 – OPENING AND CLOSING OF CENTERS OR HUBS

(A) The Employer agrees that prior to any change in its operation that will result in a change of domicile and/or possible layoff of seniority employee, the Employer shall inform the Local Union and the chairpersons of the Southern Region Negotiating Committee in writing, forty-five (45) days prior to the proposed change and shall meet jointly with the affected Local Union(s) to inform them of the proposed changes and to resolve questions raised in connection with that proposed change. Failure by the Employer to give such notice to the affected Local Union(s) will delay the planned change until such notice has been given. During this joint meeting the Employer and the Union shall reduce to writing all agreed upon issues and both parties shall sign the written document in acknowledgement of such agreement. The parties shall also reduce to writing all unresolved issues, if any, and they shall be referred directly to the appropriate Regional Change of Operations Committee. The change may not be implemented until the forty-five (45) days notice is provided and the meeting is completed unless the operational change is dictated by emergency conditions. The Union shall not unreasonably delay the scheduling or completion of the requested meeting. Any unresolved issues reflected in Section (C) below, which has been reduced to writing, will be resolved pursuant to that Section.

(B) Should a dispute arise by one (1) or more of the affected Local Union(s), the dispute will be heard by the appropriate Regional



Change of Operations Committee for the possible resolution before the end of the forty-five (45) day notification period when possible. Neither party will unreasonably delay such Regional Change of Operations Committee meeting but regardless, the Company's change will take effect as scheduled.

(C) Any agreed to change of operations reached by the Local Union(s) and the Employer shall be reduced to writing and filed with the Joint National Change of Operations Committee.

(D) A Joint Change of Operations Committee will be established and will resolve issues arising out of the proposed change of operations. The Committee will resolve issues involving seniority application, health and welfare, pension coverage and layoff questions for employees who are involved in the change. All affected parties will convene and attend the Regional Joint Change of Operations Committee meeting prior to the scheduled implementation date to resolve these issues.

If the Regional Joint Change of Operations Committee is unable to resolve the issues, such issues shall be referred to the Joint National Change of Operations Committee for resolution. If the issues reflected in this Section are not resolved by the Joint National Change of Operations Committee, they shall be submitted to an expedited arbitration using the arbitrators on the National Panel for that area.

The Committee which decides the issues as described above shall retain jurisdiction for a period of twelve (12) months following the change of operations decision. The decision of the Committee shall be final and binding.

1. Whenever a Center is closed and the work is transferred to or absorbed by another Center, the affected employees will be entitled to follow their work and their seniority shall be dovetailed at the new Center.

2. Whenever a Center or Hub is partially closed and the work of package drivers and all other regular employees, part-time and full-time, excluding feeder drivers, is transferred to or absorbed by



D-MS-000209

another Center, the affected employees may either follow their work and have their seniority dovetailed in the new Center or be allowed to exercise their seniority in their present Center and displace the least senior employee in their respective classification. If any of the employees whose work is transferred elects not to follow his/her work, then he or she shall have the same rights as the remaining employees on the seniority list from which the work was transferred to bid the work being transferred. Those employees who follow the work shall have their seniority dovetailed in the new Center.

3. In a change of operations effecting feeder drivers, the following language will apply:

Whenever a Center is partially closed and the feeder work is transferred to or absorbed by another Center, all feeder drivers, in seniority order, will have the option of following the available work and have their seniority dovetailed in the new Center or be allowed to exercise their seniority in their present Center, and take whatever jobs become open as a result of other employees following the work or taking a layoff. If a senior feeder driver elects to take a job which has been transferred out, the displaced employee(s) will fill the job(s) vacated by seniority until the next bid.

(E) As a result of a Change of Operation, any employee(s) who elects not to follow the work or is laid off will be covered by the lay off language as outlined in Article 48, Sections 5 & 7, and Article 49, Section 6.

(F) As a result of the Employer moving an operation more than seventy-five (75) miles, all full-time employees in accordance with classification seniority who choose to move, will have their moving expense paid.

(G) The expense shall include the reasonable cost of packing and the moving of household goods or house-trailer including dismounting and mounting. The employee(s) who transfers will have one (1) year from the date of the change to move.

1. Employee(s) who are transferred out of their original area where they are covered by a Teamster Pension Trust Fund into the jurisdiction of another pension trust fund, shall remain in their original pension trust fund.



(H) The Employer agrees to pay the required pension contributions to the employee(s) original pension trust fund as set forth in the trust agreement, provided there is no conflict with any collective bargaining agreement, and/or trust agreement.

(I) The language contained in Section 9(a) shall be applicable to the Employers implementation of "satellite" facilities, provided, however: (1) The issues subject to discussion shall not be limited by paragraph (C) of this Section: and (2) In the event the issues cannot be resolved by the Employer and the Local Union, or subsequently, in accordance with the established local area practice, the open issues may be referred to the Vice-President of Labor Relations and the Parcel and Small Package Division Director, or their designee. If no resolution is reached, all outstanding disputes shall be submitted to an expedited arbitration to determine if the Employer has violated any provisions of this Section or if the change will result in a violation of any other provision of the collective bargaining agreement. The expedited arbitration will be handled by one of the arbitrators on the National Panel for that area.

## SECTION 10 – 22.3 COMBINATION EMPLOYEES

### Seniority Rosters/Postings

(A) Seniority will be by building and job classification. The classifications shall be air, air-inside combination, inside-inside combination and shifter combination. Full time inside employees and 22.3 combination employees in the same job classifications will be on the same seniority list for the purpose of vacation, bidding and layoff.

(B) The Employer shall designate starting times and sorts by classification and there will be a one (1) time bid on March 1, 2014. Qualified employees by classification shall bid within their classification by seniority. Employees must be pre-qualified on their own time.

(C) The Employer reserves the right to designate starting times and



D-MS-000210

to change starting times from time to time as the needs of the business require.

(D) In the event of a starting time change of one (1) hour or more employees in that classification shall be permitted to select such new start times in the order of seniority. In the event no employee selects such new start time, the least senior employee in the classification will be required to fill it.

(E) When a permanent vacancy or permanent new job becomes open the Employer shall post it for bid on the first (1st) Monday following it becoming open for a period of ten (10) working days. Only those employees in the classification shall bid. The Employer will fill the fourth (4th) opening which results from the above procedure as per Article 48, Sections 6, 7 and 8, and Article 49, Section 2. The employee awarded the job must successfully complete a thirty (30) working day qualifying period (unless previously qualified in the last thirty-six (36) months).

Employees in their qualifying period will not be allowed to bid. The employee awarded the job must successfully complete a thirty (30) working day probationary period (unless previously qualified in the last thirty-six (36) months) at which time he/she will be added to the appropriate seniority list with a date of the first day worked in the new classification. Years of service credit will be retained for fringe benefits. Employees must pre-qualify on their own time.

Employees who bid to other classifications and fail to qualify shall not be eligible to move again for one (1) year from the date of disqualification in that classification.

22.3 employees will not be allowed to bid while in their thirty (30) day qualifying/probationary period. 22.3 employees that have not been in their current position for at least twelve (12) months shall not be allowed to bid into another job unless this bid would afford them a higher earning capacity.

(F) The Employer will not be required to post any bids during the months of November and December.



(G) In the event of layoff of both portions of the combination job, the affected employee has the right to exercise his/her seniority in the following manner:

1. Must displace the junior employee within their regular classification.

2. May displace the junior full-time employee in any other classification or part-time work.

If the employee elects to perform package-driving work, he/she must qualify (unless previously qualified in the last thirty-six (36) months) by completing a thirty (30) day qualifying period.

If the employee elects to perform part-time work he/she must displace two (2) part-time employees if available.

When an employee works two (2) part-time shifts, he/she shall receive the appropriate guarantee of eight (8) hour's work for the day. If only one (1) shift is available the employee will be guaranteed four (4) hours of work if the work exists.

In any case, the employee must be qualified to perform the work, have more seniority than the displaced employee and if it is a temporary layoff be available for his/her next regularly scheduled job.

The Employer shall continue to make contributions to their regular full time health, welfare and pension.

At the conclusion of the layoff, the laid off employees shall be returned to work in seniority order within their classification.

Years of service credit will be retained for fringe benefits.

Employees will be paid in accordance with Article 40 and Article 41 of the National Master United Parcel Service Agreement.

Laid off full-time employees who are pre-qualified will cover all absences and vacations for combo jobs prior to utilizing part-time employees.



D-MS-000211

(H) Meal Period – Refer to Article 54.

(I) No employee will be afforded more than three (3) opportunities to qualify for a specific full time classification.

# ARTICLE 49 - PART-TIME EMPLOYEES

## SECTION 1

(A) Part-time employees are defined as employees not otherwise regularly employed who when reporting to work as scheduled, shall be guaranteed a minimum of three and one half (3-1/2) hours; however, should any part-time employee in the case of emergency work beyond the fifth (5th) hour, the employee shall be paid time and one half (1-1/2) for all hours worked past the fifth (5th) hour per shift. Part-time employees working in excess of eight (8) hours in any twenty-four (24) hour period shall receive time and one half (1-1/2) for all hours worked over eight (8) hours, at the rate of pay prevailing at the time the overtime is worked.

(B) Any part-time employee who subsequently becomes a regular full-time employee shall be considered a newly hired full-time employee except as otherwise provided in this Article.

(C) Part-time employees will work off the part-time seniority list at each Center.

(D) Part-time employees shall receive one-half (½) holiday and vacation benefits. (One-half holiday and vacation benefits shall mean four (4) hours straight time pay per day.)

(E) Part-time employees will not be permitted to do delivery driving, feeder driving, or tractor-trailer driver work, except as otherwise specified in this Agreement. Part-time employees will be permitted to move vehicles within the confines of the Employer's property.

(F) Seniority shall prevail for extra work and the work shall be assigned by seniority within the classification and work area to those who are qualified, present and available.



## SECTION 2 – POOL BID - PART-TIME TO FULL-TIME

(A) Part-time seniority employees who want to transfer to full-time jobs shall sign the full-time transfer list which shall be posted for a period of ten (10) working days prior to the end of each quarter. This list shall be in effect for each quarter following the posting period at which time a new full-time transfer list shall be posted. Employees wishing to transfer must place their name on each newly posted list to remain eligible. The completed transfer list shall be sent to the Local Union by certified mail.

An employee who was not eligible to sign the list during the ten (10) working day posting, but becomes eligible during that quarter, may notify the Company in writing within five (5) working days of eligibility of their desire to be added to the list and be dovetailed by seniority into the list.

(B) After the completion of the full-time job selection procedure as outlined under seniority the resulting opening will be filled as follows:

1. Part-time seniority employees may bid on a permanent full-time opening in their building in all months, except November and December, providing they meet the same requirements as applicants for the full-time job. The job will be awarded to the senior bidding qualified employee on the transfer list.

Days worked from November 1st through December 31st of each year shall not accrue towards seniority. However, any part-time employee who is retained or subsequently recalled within one hundred and twenty (120) consecutive days after December 31st, for a full-time opening, will retain credit for the number of days worked prior to November 1st, and those days worked will count towards the thirty (30) working days necessary to acquire seniority as a full-time employee.

In these cases their full-time classification seniority date shall be the first (1st) day worked after December 31st.

2. The employee awarded the job must satisfactorily complete a



D-MS-000212