# Exhibit 6

DATE POSTED 9/19/17 Shop Steward Initials KCU 9.19.17 HR Representative Initials DM
DATE REMOVED 10/3/17 Shop Steward Initials KCU 10-2-17 HR Representative Initials DM · removed on 10/3/17 DM

# Part Time Employees Only

10-2-17 Awl

Those individuals interested in, and qualified for the above job will indicate their preference by signing below and recording their present starting time and seniority date. By signing this bid sheet I understand that I will be required to work if needed the day after Thanksgiving and New Years Eve each year.

ANY PART TIME EMPLOYEES INTERESTED IN WORKING ON SATURDAY'S DELIVERING AIR PACKAGES SHOULD SIGN BELOW.

**YEAR 2017**

(5) Air Drivers

**Location: BAYSIDE**

**Post Date: 9/19/2017**
**Date Removed:**

## Saturday Air Driver

| PRINT NAME | SIGNATURE | CURRENT JOB | SENIORITY DATE | ID # | PHONE # |
|---|---|---|---|---|---|
| Kenneth DiFRANCO | [signature] | Pcc | 1/16/17 | 4989756 | 352 364-1467 |
| Antonio PAGAN | [signature] | preload | 6/9/09 | 3537716 | 813 966 1684 |
| Guy Jenkins | [signature] | local sort | 6/3/14 | 4454782 | 813 3977863 |
| David Moura | [signature] | Metro | 8/12/15 | 2168273 | 813 316 6769 |
| TERRELL HAMILTON | [signature] | Clerk | 7/31/14 | 4243338 | 813-279-3422 |
| Susan Lundy | [signature] | PT Supervisor | | 5052383 | 727-776-6102 |
| Brendan O'Grady | [signature] | unload | 1/14/10 | 3582943 | |
| Victor Torres | [signature] | Preload | 1-3-12 | 3820426 | 813-431-6274 |
| Richard Haley | [signature] | Preload Unload | 1-19-15 | 4416809 | 813-817-0068 |
| Nico Watts | [signature] | Unload | 01/15/15 | 4325998 | 813-545-1 |
| michael DUNN | [signature] | preload | 1-16-13 | 4088045 | 813-927-553 |
| Koty Swafford | [signature] | Pre load | 9/1/16 | 3853326 | 727 570 76 |
| Terry Matthews | [signature] | preload | 3/7/14 | 4115542 | (205) 903-0 |
| JUSTIN Santos | [signature] | pre load | 9/1/16 | 4777358 | 813 486 4257 |
| Aaron Nipper | [signature] | Pre load | 6-1-16 | 4426297 | 813-458-7917 |
| David Sanchez-Brown | [signature] | Air Sort | 9-11-06 | 2056488 | 813-765-7011 |
| Arman Diaz | [signature] | Un Load | 3-11-16 | 4584250 | 813-263-266 |
| ANTHONY CAMACHO | [signature] | RELOAD | 7/12/11 | 3716836 | |
| Julio Talavera | [signature] | sm sort | 01/02/08 | 3268658 | 813 528 7887 |

OTE - Please forward completed original to Ruth James/Labor Relations, Jacksonville, Fl

| PRINT NAME | SIGNATURE | CURRENT JOB | SENIORITY DATE | ID # | PHONE # |
|---|---|---|---|---|---|
| Julio Talavera | [signature] | Air Sort | 01/02/09 | 3268658 | 813 525 7583 |
| Matthew Maurra | Matt Maurra | Sort | 06/24/06 | 1997564 | (813)525-3980 |
| Randy Bower | [signature] | Pre load | 1/20/14 | 4129451 | 810-5491 |
| Carlos Feliciano | [signature] | Un load | 11/13/13 | 4129452 | 775-5781 |
| Herbert Washington | [signature] | Preload | 3/7/05 | 3268692 | [illegible] |
| Eddie A. Brown | Eddie A. Brown | F-Rigs | 5/27/15 | 4951218 | 813-272-0791 |
| Jeff Johnson | [signature] | Pre Load | 6/21/16 | 4683950 | 813-505-1439 |
| Humberto Hernandez | [signature] | loader | 1/18/16 | 4556960 | 858 802 4183 |
| Jonathan Massa | [signature] | Unload | 1/17/16 | 4551488 | 813-451-6550 |
| Emanuel Lewis | Emanuel Lewis | Unloader | 1/3/2013 | 3854647 | (813)846-6253 |
| MARIO SCOTT | Mario Scott | UNLOADER | 1/3/12 | 3810073 | 813-863-6441 |
| D'Karon Holt | [signature] | Preload | 1/26/17 | 5125431 | 813-403-0446 |
| Marc Howard | [signature] | Clean | 1/16/10 | 3611217 | 334-9313 |
| Keith Carpenter | [signature] | Clerk | 5 19 03 | | (813)812 6658 |
| OMAR Baez | [signature] | Pt Bag | 3-24-17 | 4560440 | 516-3036 |
| Barry Hawkins | [signature] | Unload | 11/16/16 | 4570187 | (864)377-216 |
| Johane Maltin | [signature] | Clerk | 8/14/2006 | 2043905 | (813) 420-1860 |
| Jeffery Purdy | [signature] | Unloader | June 10 2015 | 2172225 | 8134808 |
| David Baum | [signature] | SORTER | 3/12/07 | 3172447 | 813-279-3218 |
| Christian Navarro | [signature] | Bagging | 4/18/13 | 4033242 | 813-285-6585 |
| CARPER David | [signature] | Sm. Sort | 7-14- | 4025434 | 813-748-6469 |
| Yourdy Tirre | [signature] | Air Sort | 2-21-14 | 4706642 | 786 326 7954 |
| Joseph Quintero | [signature] | Pre load | 2-2-2017 | 3618276 | 813-734-3100 |
| George Garcia | [signature] | Preload | 7-23-2015 | 4470178 | 813 244 9802 |
| ISAAC JAMES | [signature] | PRELOAD | 1-25-2017 | 4085587 | 239 919 3782 |
| Alejandro Perez | [signature] | Preload | 1-16-2017 | 4902614 | 813-475-4250 |
| Emanuel Lewis | [signature] | Unloader | 1/3/2013 | 3854647 | (813) 846-6253 |
| Scott Austin | S. Austin | Pre Load | 2/20/2002 | 1391858 | 813 758 7863 |
| Alan Lucca | [signature] | Preload | 1-4-99 | | 813-[illegible] |
| MARIO SCOTT | [signature] | Preload | 1-3-12 | 3810073 | 813-863-6441 |
| Brandon O'Grady | Brandon O'Grady | Preload | 1-14-10 | 3582943 | |
| 10-2-17 | | | | 10-2-17 | |

Page 3

| PRINT NAME | SIGNATURE | CURRENT JOB | SENIORITY DATE | ID # | PHONE # |
| --- | --- | --- | --- | --- | --- |
| Sulio Talavera | [illegible] | Sn Sort | 01/02/00 | 3268658 | 813) 528-7883 |
| AMK RAMADAN | [illegible] | Sorter | 6-15-15 | 4290669 | 8137663167 |
| Charles Massoro | [illegible] | Preload | 5/18/16 | 4738700 | 8135044674 |
| Rick Bolanos | [illegible] | Clerk | 5/08/01 | 1250778 | 813-325-2967 |