# Exhibit 7

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No. 8:19-cv-1363-T-36SPF**

MARIO SCOTT,

Plaintiff

vs.

UNITED PARCEL SERVICE,

Defendant.
_________________________________/

**DECLARATION OF OSIRIS SANCHEZ**

I, Osiris Sanchez, declare as follows:

1. My name is Osiris Sanchez. I am over the age of eighteen, am competent to testify, and the stated facts in this declaration are within my personal knowledge.

2. I have been employed by United Parcel Service, Inc. (Ohio) ("UPS") for approximately 21 years. I formerly held the position of Area Human Resources Manager, a position I held for 3 years. In my position as Area Human Resources Manager, the Tampa Bayside Center at which Mr. Mario Scott works was within my area of responsibility including during the years 2017 and 2018. In my positions with UPS, I have been and am a custodian of records.

3. In their day-to-day work, UPS's Package Car Drivers have significant contact with members of the general public as they deliver and pick up customers' packages. Due to the public-facing nature of their positions, UPS policy requires Package Car Drivers maintain a professional appearance at all times. To standardize these rules, UPS requires Package Car Drivers comply with the UPS Driver Uniform and Personal Appearance Standards, which are commonly referred to as the company's "Appearance Guidelines." A true and correct copy of the Appearance Guidelines is attached as an exhibit to Defendant's Motion for Summary Judgment.

4. I am acquainted with the Plaintiff, Mr. Mario Scott. I understand Mr. Scott was disqualified from an Integrad training course in January 2018 due to violations of the Appearance Guidelines. Prior to leaving for the January 2018 Integrad course, Mr. Scott never notified me that any portion of his uniform, including his belt, was missing or deficient. To the best of my knowledge, Mr. Scott did not notify anyone else in the Human Resources Department of any concerns regarding his uniform prior to departing for the Integrad course.

5. In my position with UPS, I have access to the company's personnel records and information. These records are kept by UPS in the course of a regularly conducted business activity of the company, and it is a regular practice of such business activity to make such records. These personnel records were made, or the information was transmitted, at or near the time of the act, event, condition, opinion, or diagnosis that was recorded, by someone with knowledge of such act, event, condition, opinion, or diagnosis.

6. I have reviewed the personnel records for UPS employees Johane Moultin, Anthony Cantu, Mario Scott, and Victor Torres. Based on my review of those records, I can testify that Ms. Moultin is African American and has a seniority date of August 14, 2006, Mr. Cantu is Hispanic and has a seniority date of July 12, 2011, Mr. Torres is Hispanic and has a seniority date of January 4, 2012, and Mr. Scott is African American and has a seniority date of July 4, 2012.

7. I have reviewed the documents attached as Exhibits 2 (M. Scott Employee History Profile), 4 (CBA Excerpts), 6 (Sept. 2017 Bid List), 8 (M. Scott Payroll History Reports), 10 (M. Scott Bid Acknowledgement), 13 (Appearance Guidelines), 14 (Policy Book Excerpts), 15 (Information Regarding Lake Mary Training), 16 (Guidelines for Students Attending a Corporate School), 17 (Jan. 22, 2018 Uniform Inspection), 18 (J. Freiwald Memorandum), 19 (Jan. 23, 2018 Uniform Inspection), 20 (Jan. 24, 2018 Uniform Inspection), and 22 (V. Torres Employee History Profile).

8. The documents attached as Exhibits 2, 4, 6, 8, 10, 13-20, and 22 were kept by UPS in the course of a regularly conducted business activity of the company, and it was a regular practice of such business activity to make such records. These records were made, or the information was transmitted, at or near the time of the act, event, condition, opinion, or diagnosis that was recorded, by someone with knowledge of such act, event, condition, opinion, or diagnosis. The records are the originals or exact duplicates of the originals.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on December 9, 2020.

Osiris Sanchez