# Exhibit 8

# PDM Pay History Report

Details for: 01/07/2017 Thru 02/29/2020

Employee ID: 3810073 Name: SCOTT, MARIO D RRDD: 740 Center: PKG 3363

**Pay Period Ending: 12/02/2017 Schedule: 49**

## Gross and Net Pay Details

| Chk Disb Cd | Check Nr | Check Dt | Total Gross | Federal Gross | FICA Gross | MediCare Gross | Retirement Gross | Fed UnEmp Gross | 401K% | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 166570 | 12/08/2017 | $926.91 | $926.91 | $926.91 | $926.91 | $926.91 | $0.00 | 0 | **$717.29** |

| Excess Life | State Gross | Second State Gross | State UnEmp Gross | State Disab Gross | Local 1 Gross | Local 2 Gross | Local 3 Gross | Local 4 Gross | Local 5 Gross |
|---|---|---|---|---|---|---|---|---|---|
| | $926.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | |

## Tax Status Details

| Fed Mrt Status | Fed Allowances | State Mrt Status | State Allowances | State Empl Cd | State Employed | Second State Cd | Second State | Home State Cd | Home State | Local 1 Cd | Local 2 Cd | Local 3 Cd | Local 4 Cd | Local 5 Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 0 | S | 0 | 10 | FL | | 85 | | | | | | 0 | FL |

## Earning Details

| Adj Cmt | Job Cls Cd | Earn Cd | Description | Earn Amount | Hours | Miles | Period Tran Cd | Pay Rate |
|---|---|---|---|---|---|---|---|---|
| | O340 | OTD | OVERTIME | $82.31 | 5.38 | | 12/2/2017 TX | $15.3000 |
| | O340 | OTD | OVERTIME | $78.17 | 3.86 | | 12/2/2017 TX | $20.2500 |
| | O340 | OTD | OVERTIME | $297.23 | 13.21 | | 12/2/2017 TX | $22.5000 |
| | O340 | REG | REGULAR PAY | $61.20 | 6.00 | | 12/2/2017 TX | $10.2000 |
| | O340 | REG | REGULAR PAY | $108.00 | 8.00 | | 12/2/2017 TX | $13.5000 |
| | O340 | REG | REGULAR PAY | $300.00 | 20.00 | | 12/2/2017 TX | $15.0000 |

## Deduction Details

**Taxes**

| Code | Description | Amount |
|---|---|---|
| 20 | FICA | $57.46 |
| 22 | FEDERAL TAX | $138.72 |
| 36 | FICA MEDICA | $13.44 |

**Miscellaneous**

**Retirement**

**Additional Deposits**

**UPS Contributions**

| Code | Description | Amount |
|---|---|---|
| 67 | FICA CONTR | $57.46 |
| 68 | MEDCARE C | $13.44 |

# PDM Pay History Report

Details for: 01/07/2017 Thru 02/29/2020

Employee ID: 3810073 Name: SCOTT, MARIO D RRDD: 740 Center: PKG 3363

**Pay Period Ending: 12/02/2017 Schedule: 917**

## Gross and Net Pay Details

| Chk Disb Cd | Check Nr | Check Dt | Total Gross | Federal Gross | FICA Gross | MediCare Gross | Retirement Gross | Fed UnEmp Gross | 401K% | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 182283 | 12/08/2017 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $0.00 | 0 | **$40.41** |

| Excess Life | State Gross | Second State Gross | State UnEmp Gross | State Disab Gross | Local 1 Gross | Local 2 Gross | Local 3 Gross | Local 4 Gross | Local 5 Gross |
|---|---|---|---|---|---|---|---|---|---|
| | $60.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | |

## Tax Status Details

| Fed Mrt Status | Fed Allowances | State Mrt Status | State Allowances | State Empl Cd | State Employed | Second State Cd | Second State | Home State Cd | Home State | Local 1 Cd | Local 2 Cd | Local 3 Cd | Local 4 Cd | Local 5 Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 0 | S | 0 | 10 | FL | | 85 | | | | | | 0 | FL |

## Earning Details

| Adj Cmt | Job Cls Cd | Earn Cd | Description | Earn Amount | Hours | Miles | Period Tran Cd | Pay Rate |
|---|---|---|---|---|---|---|---|---|
| | O340 | ODP | OPTION DAY PAYOF | $60.00 | 4.00 | | 12/2/2017 AP | $15.0000 |

## Deduction Details

**Taxes**

| Code | Description | Amount |
|---|---|---|
| 20 | FICA | $3.72 |
| 22 | FEDERAL TAX | $15.00 |
| 36 | FICA MEDICA | $0.87 |

**Miscellaneous**

**Retirement**

**Additional Deposits**

**UPS Contributions**

| Code | Description | Amount |
|---|---|---|
| 67 | FICA CONTR | $3.72 |
| 68 | MEDCARE C | $0.87 |

# PDM Pay History Report

Details for: 01/07/2017 Thru 02/29/2020

Employee ID: 3810073 Name: SCOTT, MARIO D RRDD: 740 Center: PKG 3363

**Pay Period Ending: 12/02/2017 Schedule: 918**

## Gross and Net Pay Details

| Chk Disb Cd | Check Nr | Check Dt | Total Gross | Federal Gross | FICA Gross | MediCare Gross | Retirement Gross | Fed UnEmp Gross | 401K% | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 184774 | 12/08/2017 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $0.00 | 0 | **$202.05** |

| Excess Life | State Gross | Second State Gross | State UnEmp Gross | State Disab Gross | Local 1 Gross | Local 2 Gross | Local 3 Gross | Local 4 Gross | Local 5 Gross |
|---|---|---|---|---|---|---|---|---|---|
| | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | |

## Tax Status Details

| Fed Mrt Status | Fed Allowances | State Mrt Status | State Allowances | State Empl Cd | State Employed | Second State Cd | Second State | Home State Cd | Home State | Local 1 Cd | Local 2 Cd | Local 3 Cd | Local 4 Cd | Local 5 Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 0 | S | 0 | 10 | FL | | 85 | | | | | | 0 | FL |

## Earning Details

| Adj Cmt | Job Cls Cd | Earn Cd | Description | Earn Amount | Hours | Miles | Period Tran Cd | Pay Rate |
|---|---|---|---|---|---|---|---|---|
| | O340 | OPP | OPTION WEEK - PAY | $300.00 | 20.00 | | 12/2/2017 AP | $15.0000 |

## Deduction Details

**Taxes**

| Code | Description | Amount |
|---|---|---|
| 20 | FICA | $18.60 |
| 22 | FEDERAL TAX | $75.00 |
| 36 | FICA MEDICA | $4.35 |

**Miscellaneous**

**Retirement**

**Additional Deposits**

**UPS Contributions**

| Code | Description | Amount |
|---|---|---|
| 67 | FICA CONTR | $18.60 |
| 68 | MEDCARE C | $4.35 |

# PDM Pay History Report

Details for: 01/07/2017 Thru 02/29/2020

Employee ID: 3810073 Name: SCOTT, MARIO D RRDD: 740 Center: PKG 3363

**Pay Period Ending: 12/09/2017 Schedule: 50**

## Gross and Net Pay Details

| Chk Disb Cd | Check Nr | Check Dt | Total Gross | Federal Gross | FICA Gross | MediCare Gross | Retirement Gross | Fed UnEmp Gross | 401K% | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| C | 929232 | 12/15/2017 | $751.20 | $751.20 | $751.20 | $751.20 | $751.20 | $0.00 | 0 | **$587.15** |

| Excess Life | State Gross | Second State Gross | State UnEmp Gross | State Disab Gross | Local 1 Gross | Local 2 Gross | Local 3 Gross | Local 4 Gross | Local 5 Gross |
|---|---|---|---|---|---|---|---|---|---|
| | $751.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | |

## Tax Status Details

| Fed Mrt Status | Fed Allowances | State Mrt Status | State Allowances | State Empl Cd | State Employed | Second State Cd | Second State | Home State Cd | Home State | Local 1 Cd | Local 2 Cd | Local 3 Cd | Local 4 Cd | Local 5 Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 0 | S | 0 | 10 | FL | | 85 | | | | | | 0 | FL |

## Earning Details

| Adj Cmt | Job Cls Cd | Earn Cd | Description | Earn Amount | Hours | Miles | Period Tran Cd | Pay Rate |
|---|---|---|---|---|---|---|---|---|
| | O340 | OTD | OVERTIME | $376.20 | 16.72 | | 12/9/2017 TX | $22.5000 |
| | O340 | REG | REGULAR PAY | $375.00 | 25.00 | | 12/9/2017 TX | $15.0000 |

## Deduction Details

**Taxes**

| Code | Description | Amount |
|---|---|---|
| 20 | FICA | $46.58 |
| 22 | FEDERAL TAX | $97.08 |
| 36 | FICA MEDICA | $10.89 |

**Miscellaneous**

| Code | Description | Amount |
|---|---|---|
| 251 | UNIONDUE | $9.50 |

**Retirement**

**Additional Deposits**

**UPS Contributions**

| Code | Description | Amount |
|---|---|---|
| 67 | FICA CONTR | $46.58 |
| 68 | MEDCARE C | $10.89 |

# PDM Pay History Report

Details for: 01/07/2017 Thru 02/29/2020

Employee ID: 3810073 Name: SCOTT, MARIO D RRDD: 740 Center: PKG 3363

**Pay Period Ending: 12/16/2017 Schedule: 51**

## Gross and Net Pay Details

| Chk Disb Cd | Check Nr | Check Dt | Total Gross | Federal Gross | FICA Gross | MediCare Gross | Retirement Gross | Fed UnEmp Gross | 401K% | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| C | 938404 | 12/22/2017 | $1,596.21 | $1,596.21 | $1,596.21 | $1,596.21 | $1,596.21 | $0.00 | 0 | $1,158.56 |

| Excess Life | State Gross | Second State Gross | State UnEmp Gross | State Disab Gross | Local 1 Gross | Local 2 Gross | Local 3 Gross | Local 4 Gross | Local 5 Gross |
|---|---|---|---|---|---|---|---|---|---|
| | $1,596.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | |

## Tax Status Details

| Fed Mrt Status | Fed Allowances | State Mrt Status | State Allowances | State Empl Cd | State Employed | Second State Cd | Second State | Home State Cd | Home State | Local 1 Cd | Local 2 Cd | Local 3 Cd | Local 4 Cd | Local 5 Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 0 | S | 0 | 10 | FL | | 85 | | | | | | 0 | FL |

## Earning Details

| Adj Cmt | Job Cls Cd | Earn Cd | Description | Earn Amount | Hours | Miles | Period Tran Cd | Pay Rate |
|---|---|---|---|---|---|---|---|---|
| | O340 | GUA | DAILY GUARANTEE | $139.78 | 3.07 | | 12/16/2017 TX | $45.5310 |
| | O340 | OTD | OVERTIME | $95.18 | 4.23 | | 12/16/2017 TX | $22.5000 |
| | O340 | OTD | OVERTIME | $335.56 | 7.37 | | 12/16/2017 TX | $45.5310 |
| | O340 | REG | REGULAR PAY | $75.00 | 5.00 | | 12/16/2017 TX | $15.0000 |
| | O340 | REG | REGULAR PAY | $950.69 | 31.32 | | 12/16/2017 TX | $30.3540 |

## Deduction Details

**Taxes**

| Code | Description | Amount |
|---|---|---|
| 20 | FICA | $98.96 |
| 22 | FEDERAL TAX | $306.05 |
| 36 | FICA MEDICA | $23.14 |

**Miscellaneous**

| Code | Description | Amount |
|---|---|---|
| 251 | UNIONDUE | $9.50 |

**Retirement**

**Additional Deposits**

**UPS Contributions**

| Code | Description | Amount |
|---|---|---|
| 67 | FICA CONTR | $98.96 |
| 68 | MEDCARE C | $23.14 |

# PDM Pay History Report

Details for: 01/07/2017 Thru 02/29/2020

Employee ID: 3810073 Name: SCOTT, MARIO D RRDD: 740 Center: PKG 3363

**Pay Period Ending: 12/23/2017 Schedule: 52**

## Gross and Net Pay Details

| Chk Disb Cd | Check Nr | Check Dt | Total Gross | Federal Gross | FICA Gross | MediCare Gross | Retirement Gross | Fed UnEmp Gross | 401K% | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| C | 947603 | 12/29/2017 | $1,864.13 | $1,864.13 | $1,864.13 | $1,864.13 | $1,864.13 | $0.00 | 0 | **$1,337.41** |

| Excess Life | State Gross | Second State Gross | State UnEmp Gross | State Disab Gross | Local 1 Gross | Local 2 Gross | Local 3 Gross | Local 4 Gross | Local 5 Gross |
|---|---|---|---|---|---|---|---|---|---|
| | $1,864.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | |

## Tax Status Details

| Fed Mrt Status | Fed Allowances | State Mrt Status | State Allowances | State Empl Cd | State Employed | Second State Cd | Second State | Home State Cd | Home State | Local 1 Cd | Local 2 Cd | Local 3 Cd | Local 4 Cd | Local 5 Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 0 | S | 0 | 10 | FL | | 85 | | | | | | 0 | FL |

## Earning Details

| Adj Cmt | Job Cls Cd | Earn Cd | Description | Earn Amount | Hours | Miles | Period | Tran Cd | Pay Rate |
|---|---|---|---|---|---|---|---|---|---|
| | O340 | OTD | OVERTIME | $868.73 | 19.08 | | 12/23/2017 | TX | $45.5310 |
| | O340 | REG | REGULAR PAY | $175.23 | 12.98 | | 12/23/2017 | TX | $13.5000 |
| | O340 | REG | REGULAR PAY | $820.17 | 27.02 | | 12/23/2017 | TX | $30.3540 |

## Deduction Details

**Taxes**

| Code | Description | Amount |
|---|---|---|
| 20 | FICA | $115.58 |
| 22 | FEDERAL TAX | $374.61 |
| 36 | FICA MEDICA | $27.03 |

**Miscellaneous**

| Code | Description | Amount |
|---|---|---|
| 251 | UNIONDUE | $9.50 |

**Retirement**

**Additional Deposits**

**UPS Contributions**

| Code | Description | Amount |
|---|---|---|
| 67 | FICA CONTR | $115.58 |
| 68 | MEDCARE C | $27.03 |

# PDM Pay History Report

Details for: 01/07/2017 Thru 02/29/2020

Employee ID: 3810073 Name: SCOTT, MARIO D RRDD: 740 Center: PKG 3363

**Pay Period Ending: 12/30/2017 Schedule: 1**

## Gross and Net Pay Details

| Chk Disb Cd | Check Nr | Check Dt | Total Gross | Federal Gross | FICA Gross | MediCare Gross | Retirement Gross | Fed UnEmp Gross | 401K% | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| C | 956077 | 01/05/2018 | $403.68 | $403.68 | $403.68 | $403.68 | $403.68 | $403.68 | 0 | **$318.35** |

| Excess Life | State Gross | Second State Gross | State UnEmp Gross | State Disab Gross | Local 1 Gross | Local 2 Gross | Local 3 Gross | Local 4 Gross | Local 5 Gross |
|---|---|---|---|---|---|---|---|---|---|
| | $403.68 | $0.00 | $403.68 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | |

## Tax Status Details

| Fed Mrt Status | Fed Allowances | State Mrt Status | State Allowances | State Empl Cd | State Employed | Second State Cd | Second State | Home State Cd | Home State | Local 1 Cd | Local 2 Cd | Local 3 Cd | Local 4 Cd | Local 5 Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 0 | S | 0 | 10 | FL | | 85 | | | | | | 0 | FL |

## Earning Details

| Adj Cmt | Job Cls Cd | Earn Cd | Description | Earn Amount | Hours | Miles | Period Tran Cd | Pay Rate |
|---|---|---|---|---|---|---|---|---|
| | O340 | HOL | HOLIDAY PAY | $60.00 | 4.00 | | 12/30/2017 TX | $15.0000 |
| | O340 | OTD | OVERTIME | $4.95 | 0.22 | | 12/30/2017 TX | $22.5000 |
| | O340 | REG | REGULAR PAY | $271.95 | 18.13 | | 12/30/2017 TX | $15.0000 |
| | O340 | REG | REGULAR PAY | $66.78 | 2.20 | | 12/30/2017 TX | $30.3540 |

## Deduction Details

**Taxes**

| Code | Description | Amount |
|---|---|---|
| 20 | FICA | $25.03 |
| 22 | FEDERAL TAX | $44.95 |
| 36 | FICA MEDICA | $5.85 |

**Miscellaneous**

| Code | Description | Amount |
|---|---|---|
| 251 | UNIONDUE | $9.50 |

**Retirement**

**Additional Deposits**

**UPS Contributions**

| Code | Description | Amount |
|---|---|---|
| 30 | FED UNEMP | $2.42 |
| 31 | ST UNEMP | $0.57 |
| 67 | FICA CONTR | $25.03 |
| 68 | MEDCARE C | $5.85 |



D-MS-000435

# PDM Pay History Report

Details for: 01/07/2017 Thru 02/29/2020

Employee ID: 3810073 Name: SCOTT, MARIO D RRDD: 740 Center: PKG 3363

**Pay Period Ending: 01/06/2018 Schedule: 2**

## Gross and Net Pay Details

| Chk Disb Cd | Check Nr | Check Dt | Total Gross | Federal Gross | FICA Gross | MediCare Gross | Retirement Gross | Fed UnEmp Gross | 401K% | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| C | 961917 | 01/12/2018 | $771.76 | $771.76 | $771.76 | $771.76 | $771.76 | $771.76 | 0 | **$603.06** |

| Excess Life | State Gross | Second State Gross | State UnEmp Gross | State Disab Gross | Local 1 Gross | Local 2 Gross | Local 3 Gross | Local 4 Gross | Local 5 Gross |
|---|---|---|---|---|---|---|---|---|---|
| | $771.76 | $0.00 | $771.76 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | |

## Tax Status Details

| Fed Mrt Status | Fed Allowances | State Mrt Status | State Allowances | State Empl Cd | State Employed | Second State Cd | Second State | Home State Cd | Home State | Local 1 Cd | Local 2 Cd | Local 3 Cd | Local 4 Cd | Local 5 Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 0 | S | 0 | 10 | FL | | 85 | | | | | | 0 | FL |

## Earning Details

| Adj Cmt | Job Cls Cd | Earn Cd | Description | Earn Amount | Hours | Miles | Period Tran Cd | Pay Rate |
|---|---|---|---|---|---|---|---|---|
| | O340 | HOL | HOLIDAY PAY | $120.00 | 8.00 | | 1/6/2018 TX | $15.0000 |
| | O340 | OTD | OVERTIME | $200.07 | 9.88 | | 1/6/2018 TX | $20.2500 |
| | O340 | OTD | OVERTIME | $128.03 | 5.69 | | 1/6/2018 TX | $22.5000 |
| | O340 | REG | REGULAR PAY | $27.41 | 2.03 | | 1/6/2018 TX | $13.5000 |
| | O340 | REG | REGULAR PAY | $296.25 | 19.75 | | 1/6/2018 TX | $15.0000 |

## Deduction Details

**Taxes**

| Code | Description | Amount |
|---|---|---|
| 20 | FICA | $47.85 |
| 22 | FEDERAL TAX | $100.16 |
| 36 | FICA MEDICA | $11.19 |

**Miscellaneous**

| Code | Description | Amount |
|---|---|---|
| 251 | UNIONDUE | $9.50 |

**Retirement**

**Additional Deposits**

**UPS Contributions**

| Code | Description | Amount |
|---|---|---|
| 30 | FED UNEMP | $4.63 |
| 31 | ST UNEMP | $0.77 |
| 67 | FICA CONTR | $47.85 |
| 68 | MEDCARE C | $11.19 |