# Exhibit 10

# *BID ACKNOWLEDGEMENT* *Prince Q1*

Date: 1 / 9 / 18

Name: Mario Scott

Current phone number: 813-863-6441

I understand that my signing this form indicates that I have been offered a position as a MS **Full –Time Package Car Driver for the Bayside Building with a work schedule of Tuesday through Saturday** MS for which I signed an official bid sheet.

At this point I am**:**

**Interested** (circled) / **not interested**

**(Circle one)**

2/15/18 Mario Scott has declined this FSP position due to feeling threatened by the Facilitators of the class. DG-HR
Mario Scott
2-15-18

By indicating that I am interested in this position I will be obligated to take the position if I have enough seniority and I have met all requirements for the position and the position is available. If I indicate that I am not interested I will be by-passed on the bid sheet for the current job opening. If I fail to meet all of the requirements for the driving position one week prior to attending the driver school I will be by-passed for that position. Please see attached requirements for driving positions at UPS.

MARIO SCOTT
(Employee Name-Print)

DG
(Supervisor/Manager)

Mario Scott
(Employee Name-Signature)

(Union Steward)

# BID ACKNOWLEDGEMENT Lafe Q1

Date: 1 / 9 / 18

Name: Mario Scott

Current phone number: 813-863-6441

I understand that my signing this form indicates that I have been offered a position as a

MS **Full –Time Package Car Driver for the Bayside Building with a work schedule of Tuesday through Saturday** MS for which I signed an official bid sheet.

At this point I am:

**Interested** (circled) / **not interested**

**(Circle one)**

Mario Scott

2/15/18 Mario Scott has declined the FSP position due to feeling threatened by the facilitators of the class. DG-HR. 2-15-18

By indicating that I am interested in this position I will be obligated to take the position if I have enough seniority and I have met all requirements for the position and the position is available. If I indicate that I am not interested I will be by-passed on the bid sheet for the current job opening. If I fail to meet all of the requirements for the driving position one week prior to attending the driver school I will be by-passed for that position. Please see attached requirements for driving positions at UPS.

| | |
|---|---|
| Mario Scott | DG |
| (Employee Name-Print) | (Supervisor/Manager) |
| Mario Scott | |
| (Employee Name-Signature) | (Union Steward) |

# BID ACKNOWLEDGEMENT Sampson Q1

Date: 1 / 9 / 18

Name: MARIO SCOTT

Current phone number: 813-863-6441

I understand that my signing this form indicates that I have been offered a position as a

MS **Full –Time Package Car Driver for the Bayside Building with a work schedule of Tuesday through Saturday** MS for which I signed an official bid sheet.

At this point I am:

**Interested** / **not interested**

**(Circle one)**

2/15/18 Mario Scott has declined this FSP Position due to feeling threatened by the Facilitators & the class. DG-HR 2-15-18

By indicating that I am interested in this position I will be obligated to take the position if I have enough seniority and I have met all requirements for the position and the position is available. If I indicate that I am not interested I will be by-passed on the bid sheet for the current job opening. If I fail to meet all of the requirements for the driving position one week prior to attending the driver school I will be by-passed for that position. Please see attached requirements for driving positions at UPS.

MARIO SCOTT

(Employee Name-Print)

(Supervisor/Manager)

(Employee Name-Signature)

(Union Steward)