# Exhibit 11

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No. 8:19-cv-1363-T-36SPF**

MARIO SCOTT,

Plaintiff

vs.

UNITED PARCEL SERVICE,

Defendant.
______________________________________/

**DECLARATION OF CHRISSY TERESI**

I, Chrissy Teresi, declare as follows:

1. My name is Chrissy Teresi. I am over the age of eighteen, am competent to testify, and the stated facts in this declaration are within my personal knowledge.

2. I have been employed by United Parcel Service, Inc. (Ohio) ("UPS") for approximately 25 years. I am currently the Site Manager at UPS's Integrad training facility located in Lake Mary, Florida, a position I have held for approximately 3 years.

3. At the Lake Mary, Florida Integrad facility, I manage a team of several Integrad Facilitators including, among others, John Freiwald.

4. UPS's Integrad program operates a series of ten training facilities located throughout the United States. These facilities offer high-tech, next generation training to UPS employees seeking employment, promotion, or advancement within the company.

5. The Integrad courses are designed to provide intensive training for Package Car Driver candidates. Thus, the training offered through the Integrad program focuses on safe work methods, substantive knowledge of UPS's policies and procedures, the mechanics of operating UPS vehicles and other equipment, and so forth.

6. UPS's Appearance Guidelines are just one of the policies that are the focus of the Integrad training course. To emphasize the importance of the Appearance Guidelines, uniform and appearance inspections are conducted by our Facilitators during each day of instruction. During these inspections, attendees are evaluated based on their compliance with both the Appearance Guideline's uniform components, as well as its grooming and appearance

requirements. Attendees are informed of each violation of the Appearance Guidelines observed by the Facilitators and given specific instructions on how to correct these issues before the next day of instruction. Further, attendees are warned that if they fail to correct all uniform or appearance issues by the third day of instruction—Wednesday—they will be disqualified from continued participation in the Integrad course.

7. I am familiar with the Plaintiff, Mario Scott, who attended an Integrad training course at the Lake Mary facility in January 2018. Mr. Freiwald was one of the Facilitators who conducted uniform and appearance inspections with Mr. Scott and the other candidates in his group. I understand that Mr. Scott had Appearance Guidelines violations on the first, second, and third days of that course. Because Mr. Scott failed to pass a uniform and appearance inspection by Wednesday, his third day of instruction, he was disqualified from the course on that day.

8. In particular, on the third day of Mr. Scott's Integrad training course, I observed him wearing a belt that was in poor condition and was not a plain leather belt, as is required. A photograph of which is attached as an exhibit to Defendant's Motion for Summary Judgment. Because it was in poor condition and was not a plain leather belt, Mr. Scott's wearing of this item constituted a violation of the Appearance Guidelines.

9. Mr. Scott is hardly the only candidate to have been disqualified from training courses at the Lake Mary Integrad facility due to Appearance Guidelines violations. For example, during the first six months of 2018 alone, at least eleven employees (including Mr. Scott) were disqualified from courses conducted at the Lake Mary facility due to Appearance Guidelines violations and/or unacceptable uniform violations. This group of disqualified candidates includes individuals of various races and ethnicities. At no point was Mr. Scott's race or skin color a factor in any decisions pertaining to him—instead, he was disqualified from the January 2018 Integrad course solely because he was not in compliance with the Appearance Guidelines by his third day of instruction, despite instructions and warnings from our Facilitators.

10. The Lake Mary Integrad facility is independent from UPS's various small package centers, including the Bayside Center in Tampa, Florida. As such, apart from his time spent at our Lake Mary facility during the January 2018 training course, I have no knowledge of Mr. Scott's employment with UPS. In particular, I have no knowledge of any grievances, complaints, or other concerns Mr. Scott did (or did not) file in relationship to his work in the Bayside Center.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on December 9, 2020.

[signature]

Chrissy Teresi