# Exhibit 13

# UPS Driver Uniform and Personal Appearance Standards Form

*"We expect our people to be neat in appearance. A neat appearance greatly impacts the way our customers view us and how our employees interact on the job. Our drivers and flight crews and certain other employees wear standard uniforms as a distinct reflection of our company and our service."*

*UPS Policy Book Rev.* 3/07

The UPS Uniform and Personal Appearance Guidelines represent the practical application of our company policy. The guidelines were developed to ensure that the appearance of all UPS people who meet the public while on the job reflect qualities that are part of our high standards of service and professionalism. Although the guidelines generally reflect UPS's company policy, some areas of the country may adhere to different standards as a result of collective bargaining, well established local practices, or the grievance process.

Each UPSer who wears UPS uniforms is responsible for thoroughly reviewing and practicing the applicable uniform and appearance guidelines.

## UNIFORM

- The complete uniform must be worn while on duty. Only designated uniform items are acceptable. Uniforms issued by UPS are to be returned to UPS upon conclusion of employment with UPS or upon UPS request.
- The uniform is not to be worn off UPS premises while off duty, or for personal use, except in those areas where a practice exists allowing a uniform to be worn to and from work. The uniforms issued are UPS property. Uniforms may not be sold, loaned, or given to any individual or organization.
- It is the responsibility of the employee to whom the uniform is issued, to be kept and maintained in accordance with current UPS uniform guidelines, and stored securely at all times.
- All uniform parts should be in good condition (no tears, frayed collars, etc.).
- Shoes must be black or brown only and of polishable leather. Shoes should be sturdy, slip resistant, and kept in a clean and polished condition.
- Undergarments that are visible shall be solid white or brown and should not extend beyond the sleeves of the shirt.
- Uniform shorts can only be worn with the new UPS logo socks

## APPEARANCE

### MEN

- Hairstyles should be worn in a businesslike manner.
- Hair should not cover any part of the eyes.
- Hair should not extend below the upper half of the ear, nor below the top of the shirt collar in the back.
- Sideburns must be neatly trimmed and should not extend below the bottom of the ear.
- A mustache must be neatly trimmed and should not extend below the corners of the mouth.
- Except for mustaches described above, employees are to be clean shaven.
- Body piercing and tattoos must not be visible.
- Appropriate jewelry may be worn such as a watch and ring.
- Visible orthopedic braces or other support devices must be professional in appearance.

### WOMEN

- Hairstyles should be worn in a businesslike manner.
- Hair should not cover any part of the eyes.
- The length of any hairstyle should not extend beyond the shoulders.
- Hair longer than shoulder length must be worn up, in a style such as a twist or a knot.
- Body piercing (except for post-type earrings which can be worn in both ears. Only one earring per ear is permitted) and tattoos must not be visible.
- Appropriate jewelry may be worn such as a watch and ring.
- Visible orthopedic braces or other support devices must be professional in appearance.

An applicant or employee may request an exception or change to, or an accommodation of, the UPS Uniform and Personal Appearance Guidelines because of a sincerely held religious belief or practice.

I have read and thoroughly understand the uniform and personal appearance guidelines.

Employee Signature: ______________________

Date: ______________________

Supervisor/Manager Signature: ______________________