# Exhibit 14

Case 8:19-cv-01363-CEH-SPF Document 26-14 Filed 12/10/20 Page 2 of 5 PageID 256



## We Build Our Organization Around People.

Our most valuable resource is loyal and capable people. The strength of our company is our people, working together with a common purpose. All of our people, through the jobs they perform, make important contributions to our company.

## We Value Human Rights.

We believe that human rights should be recognized. We strive to ensure human rights—which address such areas as equality among people; employee well-being and security; personal freedom from persecution; and economic, social, and cultural freedom—are respected and protected in the workplace.

## We Place Great Value on Diversity.

We value the diversity that exists within our workforce, our customers, those who provide goods and services to our company, and the communities around the world in which we do business.

All UPS employees are responsible for creating a workplace of fairness, dignity, and respect for one another—and an environment of inclusion—that encourages participation and the best efforts of everyone.

## We Treat Our People Fairly and Without Favoritism.

We believe that impartiality is the foundation of a loyal, motivated workgroup. We make decisions that affect our employees in a fair and consistent manner, without actual or perceived special treatment to any individual.

## We Maintain an Environment Free of Discrimination and Harassment.

All UPS employees have the right to work in an environment free of any type of harassment and/or discrimination. Harassment and/or discrimination because of race, gender, national origin, disability, sexual orientation, gender identity, veteran or military status, pregnancy, age, religion, or other legally protected characteristic or basis, or any unlawful means, will not be tolerated. Incidents of harassment and/or discrimination must be reported immediately to the appropriate manager or through other reporting mechanisms.

## We Insist Upon Integrity in Our People.

We understand that integrity is fundamental to how we run our business and essential to maintaining compliance with our policies and legal requirements. We provide an atmosphere in which our people can perform their jobs in an ethical manner. We present our company honestly to employees and, in turn, expect them to be honest with us.

We expect honesty from our people in all their duties, including the handling of money, property, information assets, and the preparation and approval of all reports and records.

We also expect our people to be honest in their assessment of themselves, such as the time and commitment they give to their job performance, their dealings with others, or their evaluation of their own contributions or the contributions of others.

For our company to be known for its integrity, each one of us must meet these high standards.

## We Address Each Other on a First-Name Basis.

We use first names to generate a friendly and informal atmosphere. We use titles only when necessary. Within our company, knowledge, performance, and capabilities should be adequate evidence of a person's position or leadership.

## We Promote an Open Door Approach to Managing People.

Every person should feel free to discuss matters with our management team. Employees are responsible for acknowledging delegated lines of authority and are encouraged to discuss their ideas or try to resolve a disputed matter with their immediate supervisor or manager before seeking the counsel of others.

## We Respect and Encourage Our Employees' Suggestions.

We listen with an open mind and are respectful of our employees' suggestions and opinions. We train our managers and supervisors in the skills necessary for speaking with and listening to their employees, and translating what they learn into action. We also encourage our management team to provide appropriate feedback to employees in response to ideas or suggestions they have shared.

## We Provide Employees the Ability to Report Concerns to the Company.

We encourage employees to ask questions or voice their opinions. In some cases, we require employees to report a concern about an actual, perceived, or potential violation of our legal or ethical responsibilities.

Employees may communicate their concerns by speaking to their direct manager or supervisor, by using the Open Door Policy to talk to someone else in management, including their Human Resources manager, or



D-MS-000262

Case 8:19-cv-01363-CEH-SPF Document 26-14 Filed 12/10/20 Page 3 of 5 PageID 257

someone from the function with the expertise and responsibility to address the concern. Employees may also report concerns anonymously by using the UPS Help Line. Information about the UPS Help Line is available on UPSers.com.

## We Give Each Employee Concern Prompt, Sincere Attention.

We strive to anticipate and promptly eliminate causes of concern. An employee's immediate supervisor or manager has the initial responsibility for resolving a concern. When necessary, we involve the next level of management and, if appropriate, the Human Resources Department. We keep the employee informed about the status of his or her concern.

## We Do Not Retaliate Against Employees for Reporting Concerns.

We will not retaliate against an employee acting in "good faith." Good faith does not mean that an individual has to be right; it does mean that the individual must believe that the information provided is truthful.

## We Maintain a Spirit of Teamwork.

Cooperation and teamwork among all our people are necessary for the continued success of our business. To foster this spirit, we develop meaningful, business-like relationships and open communications by having regular and frequent planned individual and group discussions, and through our daily interactions with each other.

## We Develop and Maintain Professional Relations With Employee Representatives.

We respect the right of our employees to be represented by labor unions, works councils, or other similar groups. We negotiate fairly for reasonable wage rates and working conditions.

We consider the point of view of employee representatives, along with the interests of our people, customers, shareowners, and our company as a whole.

## We Support the Development of Our People.

One of the most important responsibilities of our management team is the development of our people. We train our people in their overall job responsibilities by coaching and counseling. We expect our people to take advantage of internal and external training programs, courses, and resources made available by the company. We also provide our people



with job assignments to enhance career opportunities and broaden their work experience. These assignments may entail promotions, lateral assignments, transfers, or relocations, depending upon the needs of the employee and the company.

## We Recognize Accomplishments.

We strive to recognize our people for their accomplishments in their regular jobs and for contributions they make to other departments or business units. We recognize our people for helping to grow the business, working to achieve customer satisfaction, providing excellent service, meeting safety standards, and participating in activities that benefit their communities. All managers and supervisors are responsible for recognizing the accomplishments of people in their workgroups.

## We Conduct Regular Reviews with Our Employees About Meeting Their Business Goals.

We conduct regular reviews of each person's performance to enable us to arrive at a mutual understanding about progress toward meeting business goals and competencies. We follow up on the results of all evaluations to ensure the continued development of our people.

## We Promote From Within.

Generally, we fill management positions from within our organization. We may fill a vacancy from the outside when we decide there is a need for additional professional or technical skills and other work experience.

## We Compensate Our People Fairly.

We offer a total compensation package that includes a salary, employee benefits, and in appropriate circumstances, incentives based on the employee's qualifications, experience, merit, and other work-related criteria. We also reward our employees for their contributions to the success of our company. We provide other employee plans and programs to promote employee savings and financial stability.

## We Value Health, Wellness, and Safety.

The health, wellness, and safety of our people and the public are of utmost importance to us. We train our people to avoid injury to themselves and others in all aspects of their work. We do not tolerate unsafe work practices.

We give recognition to employees for health, wellness, and safety accomplishments. We provide programs that help promote the health and

D-MS-000263

wellness of employees and their families, and the safety of our operations.

We are committed to fostering the most effective safe practices in our work. By meeting our high safety standards and goals, we contribute to the well-being of our people, company, and the communities we serve.

## We Maintain Work Rules That Prohibit the Unauthorized Use or Possession of Alcohol or Controlled Substances While Working.

Unauthorized use of alcohol and/or controlled substances creates serious health, wellness, and safety risks in the workplace and may adversely affect employee performance and morale. The unauthorized use, sale, or possession of alcohol or controlled substances while at work, on company property, or while on company business is strictly prohibited. This prohibition also includes use, sale, or possession of illegal drugs or improper use of controlled substances.

## We Keep Employees Informed About Company Activities and Plans That May Affect Them or Their Work.

We supplement our face-to-face communications, including prework communications meetings, with print and electronic media. In addition to sharing information with our people, these communications recognize company and employee successes, encourage teamwork, and inspire our people to do their best.

## We Maintain Guidelines That Address the Employment of Relatives and Personal Relationships Between Employees.

To help maintain equal opportunity of employment and promotion, we maintain guidelines that address the employment of relatives and personal relationships among employees. These guidelines help us to avoid misunderstandings, conflicts of interest, acts of favoritism, or the perception of favoritism.

## We Are Considerate and Professional With All Applicants.

We want applicants to think well of us, whether or not we hire them. We are careful not to misrepresent or make any promises we cannot keep. We welcome referrals from employees, customers, and others who know us well, and we consider them along with other applicants.

## We Carefully Consider Rehiring Former Employees.

Former employees who left the company on good terms and contributed to the success of their workgroups are welcome to reapply. These former employees will be considered along with other applicants. The decision to rehire a former employee should only be made with appropriate approvals.

## We Strive to Retain the Goodwill of Former Employees.

We are considerate of former employees because we know that the goodwill and respect of these former employees can be beneficial in future relationships. At the time of an employee's separation from the company, we conduct a discussion regarding the perspectives of both the individual and the company.

## We Expect Our People to Be Professional in Appearance.

A professional appearance greatly impacts the way our customers view us and how our employees interact on the job. We require all employees—those who wear UPS-issued uniforms or those who wear their own personal clothing—to maintain a professional appearance that is appropriate for their work environment.

## We Assign the Same Equipment to Each Employee Every Day Whenever Possible.

We retain flexibility in the matching of equipment to the requirements of the job. Wherever practical, the same equipment should be assigned to each employee every day.

This helps employees develop a sense of ownership for the care of equipment and to report any special attention the equipment may require.

## We Separate Business and Social Functions.

Combining social and business functions can create conflicts and misunderstandings that may adversely affect the company and our people. Family and friends are welcome at company open houses and other social events held for their benefit.

## We Actively Avoid Conflicts of Interest.

We are expected to give our undivided business loyalty to our company when conducting job-related duties. We do not place ourselves in situations that may force us to choose between our own personal or financial interests and the interests of the company. We avoid situations where our personal interests or those of family members conflict, or appear to conflict, with company interests. We also avoid situations that may impact our impartiality toward others such as suppliers, consultants, customers, or entities with business relationships or potential business relationships with UPS. We disclose conflicts, or even the

appearance of conflicts, to the appropriate manager, or through other reporting mechanisms.

## We Avoid Outside Commitments That Could Interfere With Our Obligations as Managers and Supervisors.

In keeping with our partnership concept and our overall obligations to each other and the company, we avoid involvement in outside businesses and other activities that could detract from our work or could be detrimental to the interests of the company.

We favor activities, apart from our normal work, such as volunteerism and community service.

## We Prohibit Gambling, Holding Raffles, and Similar Activities on Company Time or Property.

At best, these are unbusiness-like activities and are inappropriate on the job. They also place our people under improper pressure to spend or contribute money.

## We Prohibit Use of Company Time, Facilities, or Materials for Personal Benefit.

The use of company time, labor, supplies, equipment, tools, buildings, proprietary information, or other assets for personal benefit is prohibited.

An exception may be made only in the case of an unavoidable emergency, when there is no reasonable alternative, or with appropriate approval.

## We Reimburse Our People for Appropriate Expenditures Incurred on Behalf of the Company.

No one should gain or lose because of money spent for company purposes. We expect our people to submit a full and accurate itemized accounting of these expenditures in accordance with approved expense account guidelines.

We must use sound judgment in the completion and approval of expense accounts. Questions concerning expenses should be resolved in advance with one's manager. Approval of the expenses of those who report to us requires careful consideration.

## We Delegate Broad Authority to Our Managers.

The broad delegation of authority, subject to appropriate guidance and review with others, applies to our management team. Our managers and supervisors have the freedom to complete their assignments within the framework of UPS policies and procedures.

We appoint people to the positions of manager and supervisor when we have confidence in their judgment and their ability to assume the responsibilities of their particular jobs. Once they have been appointed, we support them by continuing their training and by giving them the freedom to exercise their judgment and ability.

## We Expect Our Management Team to Make Informed Decisions and to Support Company Decisions.

We try to involve our managers and supervisors in the process of formulating decisions. Whether they make the decisions personally or fully agree with them, our management team has the obligation to help carry them out. We expect our management team to seek guidance where necessary to reach an informed decision.