# Exhibit 15

# UPS Integrad® for Driver Service Providers

## PRINT THIS DOCUMENT

***Keep this document on your person when you travel.***

## Advance Information for candidates attending class in Lake Mary, FL

**Class Information**

- UPS Integrad is a 5 day curriculum, beginning with a Sunday evening check-in at the hotel, and ending on Friday in the early afternoon.
- **All ground transportation is provided, DO NOT RENT A CAR if you are traveling to Florida by air.**
- The class starts on Monday promptly at 7:00 a.m.
- Meals and lodging are covered by UPS and provided at:
  **Hyatt Place Lake Mary/Orlando**
  **1255 S. International Pkwy, Lake Mary, FL**
  **Lake Mary, FL 32746**
  **407-995-5555**
- On Sunday, students are on their own time, dinner will not be provided.
- All candidates are to meet in the lobby of the hotel on Sunday evening at 9:00 p.m. for a brief orientation.

---

**Location**

UPS Integrad Training Facility
400 Rinehart Rd. Suite#100
Lake Mary, FL 32746

---

**Contact Numbers**

- UPS Integrad Lake Mary, FL – Tina Perry @ 407-444-3305
- UPS INTEGRAD Weekend Cell Phone: (407) 304-5679

**Accommodations**

- Lodging will be provided, at the expense of the company, beginning the Sunday prior to the first day of class and is scheduled to end on Friday afternoon.
- **Breakfast, lunch and dinner** will be provided for each day of class excluding Friday.
- All candidates are required to stay at the **Hyatt Place Lake Mary/Orlando** every night, for the duration of the class.
  **NOTE: HOTEL ADDRESS – 1255 S. International Pkwy, Lake Mary, FL**
- The hotel requires a credit card for incidentals upon check-in. If you DO NOT have credit card: a $25.00 refundable cash deposit will be required upon check-in. NOTE: Incidental charges are not reimbursed and will be deducted from the cash deposit.
- Valet laundry is available, if needed, you will need to check with the front desk for pricing and payment information. This is not covered by the company.

**Advance Information for candidates attending class in Lake Mary, FL** *(Continued)*

**Travel**

- Read the **Travel Information** section thoroughly for directions to the Hotel

From downtown Orlando, take I-4 East to Lake Mary Blvd (Exit 98). Turn left at top of ramp onto Lake Mary Blvd. Cross over I-4 and make first left onto International Pkwy. Proceed around the round about, stay in the outside lane and make a right into the hotel parking lot (the entrance is located before the Walgreens).

From Dayton, take I-4 West to Lake Mary Blvd (Exit 98). Turn right at the top of the ramp and then make the first left onto International Blvd.
Proceed around the round about, stay in the outside lane and make a right into the hotel parking lot (the entrance is located before the Walgreens).

- Complete the forms included in this Welcome Packet and bring them with you when reporting for class on Monday morning.

***If you experience travel delays on Sunday, please contact the hotel facilitator at (407) 304-5679. If your travel plans should change, please contact the UPS Integrad site at 407-444-3305***

-

---

**Meals**

- Each day, the hotel will have breakfast available, starting at 5:30 am
- Lunch will be provided for you each day at the UPS Integrad facility
- Dinner will be served each evening, dinner vouchers will be provided to you upon check in
- NOTE: It is the responsibility of each candidate to communicate any special dietary needs (vegan, food allergies, etc.) at the earliest opportunity to both the hotel and UPS Integrad team. Failure to do so may result in these needs not being met.

**Planned Expenses**

- **Incidental charges are not covered by UPS or UPS Integrad. All incidental charges (phone charges, snacks, alcohol, etc.) incurred during your stay at the hotel must be paid by you.**

- **When flying:**

It is recommended that you carry on all luggage whenever possible. That eliminates the possibility of your bag being delayed or lost.
If you check a bag, review the airline charges for bags to ensure you have funds to cover the cost. UPS will reimburse the cost of one bag.

*If you check a bag, you must carry on at least one set of brown uniforms in the event your luggage gets lost or delayed.*

**Advance Information for candidates attending class in Lake Mary** *(Continued)*

Dear UPS Integrad Student,

Congratulations on being selected to attend the UPS Integrad workshop in Lake Mary, FL We are confident that this curriculum will provide you with the training and knowledge necessary to become professional, safe, efficient and effective.

**Read the following items in preparation for your week at the hotel;**

- Please plan your morning routine accordingly. It is recommended you schedule a wakeup call allowing yourself enough time to prepare for class and enjoy the breakfast provided by the hotel.
- You are required to wear your UPS issued uniform each day. The uniform and appearance guidelines will be strictly adhered to. Uniforms and footwear must fit properly and be in good condition.
- The hotel will provide breakfast for you daily, starting at 5:30 a.m. and continuing until the hotel shuttle departs for the facility. Be prepared to board the shuttle van by 6:30 a.m. daily.
- All students are required to use the shuttle service for traveling to and from the hotel and training facility each day.
- **Driving personal vehicles to the training facility is strictly prohibited.**
- At the conclusion of each training day, the shuttle service will pick you up from the training facility and return you to the hotel.
- UPS will provide all lodging, tips, meals and transportation to and from the hotel. Meals consist of breakfast, lunch, and dinner, daily. All incidental charges made by you, during your stay, will be your responsibility and must be reconciled at checkout. The hotel will require a credit card or a $25.00 fully refundable deposit for any and all incidental charges **(ex: long distance phone charges, additional food and beverage charges, alcohol, etc.).**

Thank you for your cooperation we are looking forward to meeting you. If you have any questions, feel free to contact the UPS Integrad Lake Mary, Tina Perry at 407-444-3305

## Travel Information

**DRIVING DIRECTIONS TO THE HOTEL / FACILITY:**

**Hyatt Place Lake Mary/Orlando**
**1255 S. International Blvd**
**Lake Mary, FL, 32746**
**407-995-555**

The hotel is generally located at just west of I-4 off Lake Mary Blvd.

**Directions can be obtained from specific locations through MapQuest/ Google maps etc.**

- **Directions from the South / Lakeland through Orlando**:

From downtown Orlando, take I-4 East to Lake Mary Blvd (Exit 98). Turn left at top of ramp onto Lake Mary Blvd. Cross over I-4 and make first left onto International Pkwy. Proceed around the round about, stay in the outside lane and make a right into the hotel parking lot (the entrance is located before the Walgreens).

- **Directions from the North and East:**
  From Dayton, take I-4 West to Lake Mary Blvd (Exit 98). Turn right at the top of the ramp and then make the first left onto International Pkwy. Proceed around the round about, stay in the outside lane and make a right into the hotel parking lot (the entrance is located before the Walgreens).

- **Directions from the West / Ocala area: (This area has tolls)**

Take US 301 S to US 441 S. Turn left onto SE 165th St/Hwy 42. Upon reaching SE Hwy 452, turn right again. Turn left onto County Road 44 E and follow to County Road 46 A. Turn right. Continue on County Road 46 A then make slight right onto FL 46 E. Turn right onto International Pkwy. You will cross over Lake Mary Blvd and Proceed around the round about, stay in the outside lane and make a right into the hotel parking lot (the entrance is located before the Walgreens).

- **Complimentary parking is provided by The Hyatt- Lake Mary.** *UPS Integrad provides transportation to and from the training facility, use of a personal vehicle as transport to and from the training facility is strictly prohibited.*

Note: Directions are approximations and are to be used solely as a guide for travel. Each student should allow enough time to safely commute to the UPS Integrad facility/hotel.

Traffic is consistent with a major Metropolitan area. Construction and traffic congestion should be taken into consideration when making all travel arrangements.

## AIR TRAVEL and DIRECTIONS TO THE HOTEL:

If flying, the UPS Integrad Administrative Assistant will book your airfare and make arrangements for a shuttle from the airport to the hotel. You may be booked on a shuttle with other candidates and may be asked to wait a short period of time for others to arrive. Whenever possible, flights will be booked to arrive between 5:00 and 7:00 PM.

If you experience travel delays on Sunday, please contact the hotel facilitator at (407) 304-5679. If your travel plans should change prior to the weekend, please contact the UPS Integrad site at 407-444-3305