# Exhibit 16

# Guidelines for Students Attending a UPS Corporate School

To: District Human Resources Managers
From: Corporate Schools/ UPS Integrad Facility

*In keeping with our fairness and people policies, we're asking you to have the appropriate Division, Staff, or Human Resources Manager review these guidelines with the attending student, and have the student sign and date this document after the review completion prior to attending UPS Integrad.*

- As a representative of UPS, proper businesslike conduct is expected at all times from employees.Their dealings with the employees and staff at our host location as well as others in the community must be above reproach. **While we want to portray a professional and friendly organization to the employees and staff, fraternization with the employees or staff is strictly prohibited.**
- All classroom sessions will begin promptly and on schedule. Employees are expected to be in attendance accordingly.
- Neat and clean uniforms are required daily at all class sessions. The UPS Looking Good guidelines will be followed for uniform and personal appearance standards. All rules that apply to uniform and personal appearance standards must be adhered to throughout the training week. Clothing that will be worn during personal time must be in good repair and must not be offensive in insignia and / or content of the clothing.
- Strict adherence to the rules of the host location is required.
- All living accommodations, including the host location, are considered to be UPS premises during the period that classes are in session, including weekends.

**Consumption of alcoholic beverages will not be allowed during any classroom activity or school-related activity.**

- No employee is expected to study so late, or otherwise stay up so late that he or she cannot be alert and attentive at the start of the next morning's class. Therefore, careful planning and allocation of evening hours, including time for study assignments, should always provide for an adequate night's sleep.
- Assignments are to be submitted as scheduled. Written work is to be neat, legible, and complete.
- Employees will not be allowed to go home, nor will they be allowed to remain away from their assigned rooms overnight. Visiting by friends or relatives is prohibited.
- UPS and the Corporate Schools are committed to providing an environment that's free of discrimination and sexual harassment of any kind. Any violations of this policy will not be tolerated.

| | |
|---|---|
| Candidate Signature | Signature of Discussion Leader |
| Print Name Date | Print Name |