# Exhibit 17

John Freiwald D-Team 1-22-18

| # | Head | Neck | Torso / Arms | Waist | Legs | Feet | Demerits |
|---|---|---|---|---|---|---|---|
| 21 Mario Scott | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe Mesh on side | 7 |
| 22 Victor Torres | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe No Casual | 3 |
| 23 Yudel Vargas | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | 2 |
| 24 DeVarris Worthen | (Late Sunday) Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | 3 |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |

(+5) **Total Demerits:** 15