# Exhibit 18

Chrissy,

Regarding Mario Scott's Uniform Inspection Disqualification,

On Monday 1/22/18, during uniform inspection, I discovered Mario did not have a belt on. At that time I informed him he is required to have a plain black or brown leather belt to pass uniform inspection, and would need one by the time of uniform inspection on Wednesday. I showed him and all the other candidates in my group, my plain black leather belt as an example. I explained that passing uniform inspection, was a requirement to pass the class. At that point Mario said that he had ordered a belt at the same time as his uniforms through his HR Rep, and hadn't gotten the belt yet. I informed him that, he would need to contact his HR Rep as soon as possible, but sometimes that process takes too long. I advised him that he should procure a belt himself, so that he definitely had one for sure by Wednesday. Later in uniform inspection, I had to let him know his shoes also did not meet appearance guidelines, and that he would have to replace them as well to pass uniform inspection and the class. I noted the uniform exceptions on my uniform inspection form and filed it.

On Tuesday 1/23, during uniform inspection, Mario had replaced his shoes and had a belt, but it was a brown leather braided belt. I informed him it was not a plain black or brown leather belt and was not acceptable, I again showed him my plain leather belt as an example. Mario said he didn't have any money after having purchased proper footwear. I again showed him my plain leather belt as an example and let him know I had bought it at Good Will for $1.50. At that point another candidate stepped in and offered to let Mario use his spare belt. They agreed to meet up at the hotel later. I noted the uniform exceptions on my uniform inspection form and filed it.

On Wednesday 1/24, during uniform inspection, I discovered Mario was wearing an ornate belt and still not a plain black or brown leather belt. Upon seeing my gaze stop on his belt, Mario said that he hadn't gotten the belt (from the other candidate) until just before boarding the shuttle to the site this morning (Wed Morning). I finished uniform inspection for the group and asked him and another candidate to step outside of the classroom and wait for a facilitator. As I still had more material to cover in the module I was presenting, I noted the uniform exceptions on my uniform inspection form. I approached Chrissy, and informed her of each of the candidates respective uniform exceptions, and returned to presenting.

[signature] 01/24/2018

John Freiwald