# Exhibit 19

John Freiwald D-Team 1/23

| # | Head | Neck | Torso / Arms | Waist | Legs | Feet | Demerits |
|---|---|---|---|---|---|---|---|
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| 21 M. Scott | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | 3 |
| 22 V. Torres | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | 1 |
| 23 Y. Yudel | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | 1 |
| D. 24 Worthen | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | 1 |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |

20
-6
+14

**Total Demerits:** 6

D-MS-000082