# Exhibit 20

1-24-18 D-Team J. Preinald

| # | Head | Neck | Torso / Arms | Waist | Legs | Feet | Demerits |
|---|---|---|---|---|---|---|---|
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| * Mario 21 Scott | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | * Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | 1 |
| Victor 22 Torres | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| Yudel 23 Vargas | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| DeVontius 24 Worthen | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | 1 |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |
| | Hat, Hair, Piercings, Tattoos, Facial Hair | Hair, Facial Hair, Tattoos, Undershirt | Creases, Top Button, Ironed, Arm Length, Tattoos, Gloves, Jewelry | Plain Belt Blk/Brn, Diad Pouch, Diad, Bottom Button/Tucked | Pleat, Ironed, Length/Breaks | Socks, Shoes Blk/Brn, Leather Uppers, Laces, Shined, Good Repair, Tread, Work-Shoe | |

(18)

**Total Demerits:** 2

D-MS-000083