# Exhibit 22

**VICTOR TORRES**
Employee

**Empl ID** [illegible]
**Empl Record** 0

## Job Information

Find | View All    First 38 of 41 Last

Go To Row

| | | | |
|---|---|---|---|
| **Effective Date** | 01/04/2012 | | |
| **Effective Sequence** | 0 | **Action** | Rehire |
| **HR Status** | Active | **Reason** | Rehire |
| **Payroll Status** | Active | **Job Indicator** | Primary Job |

History

| | | |
|---|---|---|
| **Job Code** | O340 | PRELOADER |
| **Entry Date** | 01/04/2012 | |
| **Supervisor Level** | | |
| **Supervisor ID** | | |