# Exhibit 23



1/24/2018