# EXHIBIT 24

No SIM 11:37 PM

+1 (813) 328-5442

Text Message
Mon, Jan 8, 5:29 PM

Hi Mario, Did you attend the 3 day or the 5 day driver school during peak? -Desiree UPS HR

Hey, it was the 3 day school

If you no longer wish to receive text communications from UPS, please text back STOP

Since you attended the 3 day class, in order to continue driving after 1/15, you'll have to attend the 5 day class in Lake Mary on 1/22-1/26

No SIM 11:39 PM

+1 (813) 328-5442

STOP

Since you attended the 3 day class, in order to continue driving after 1/15, you'll have to attend the 5 day class in Lake Mary on 1/22-1/26

Along with Victor and Johane. R u able to attend?

Yes I am.

Perfect. I already spoke with Tom Teimer. I will let Kim know in the morning. Pls see me 2moro b4 u leave. Thnx!

Ok will do!