# EXHIBIT 25

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No. 8:19-cv-1363-T-36SPF**

MARIO SCOTT,

Plaintiff

vs.

UNITED PARCEL SERVICE,

Defendant.
_______________________________________/

**DECLARATION OF DESIREE GARCIA**

I, Desiree Garcia, declare as follows:

1. My name is Desiree Garcia. I am over the age of eighteen, am competent to testify, and the stated facts in this declaration are within my personal knowledge.

2. I have been employed by United Parcel Service, Inc. (Ohio) ("UPS") for approximately 9 years. I formerly held the position of part-time Human Resources Supervisor, a position I held for 3 years. In my position as Human Resources Supervisor, the Tampa Bayside Center at which Mr. Mario Scott works was within my area of responsibility including during the years 2017 and 2018.

3. I am acquainted with the Plaintiff, Mr. Mario Scott. I understand Mr. Scott was disqualified from an Integrad training course at UPS's Lake Mary, Florida facility due to his repeated violations of the company's Appearance Guidelines. Prior to departing for the January 2018 training course, Mr. Scott never told me—or, to the best of my knowledge, anyone else in the Human Resources Department—that he was missing any part of his uniform.

4. Just a few weeks after Mr. Scott was disqualified from the Integrad course in January 2018, he was offered another chance to complete the required training. But, in mid-February 2018, Mr. Scott voluntarily declined the opportunity to reattempt the training course and, as such, remained in his Preloader position at that time.

5. Nonetheless, Mr. Scott later completed the required training many months later, and as of today Mr. Scott is employed as a full-time Package Car Driver in UPS's Tampa Bayside Center.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on December 10, 2020.

Desiree Garcia