**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No. 8:19-cv-01363-CEH-SPF**

MARIO SCOTT,

Plaintiff

vs.

UNITED PARCEL SERVICE,

Defendant.
_____________________________________/

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On this date, came for consideration Defendant United Parcel Service, Inc. (Ohio)'s Motion for Summary Judgment (Dkt. No. 25). The Court, after considering the Motion, the response thereto, and relevant case law, is of the opinion that the Motion is well taken and should be GRANTED in its entirety. It is therefore

ORDERED that Defendant United Parcel Service, Inc. (Ohio)'s Motion for Summary Judgment (Dkt. No. 25) hereby be GRANTED in its entirety, and Plaintiff's claims are hereby dismissed with prejudice.

It is further ORDERED that all costs of court shall be taxed against the Plaintiff.

SIGNED _____________________________________.

_________________________________
HON. CHARLENE EDWARDS HONEYWELL
UNITED STATES DISTRICT JUDGE